# MEMORANDUM

DATE: 9/7/05

TO: Courtroom Clerk for Judge _Wolf_

and Magistrate Judge _Bowler_

FROM: Sheila A Diskes

SUBJECT: Assignment of New Indictment/Information (Superseding ____ )[1]

---

Please be advised that the following indictment/information returned or filed on 9/7/05 _____ has been assigned/referred to you.

Criminal No. _05-cr-10237-MLW_ U.S.A. v. _Combs_

____ This INDICTMENT/INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

_✓_ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _D. Seccercio_ ____ upon completion of case opening. A copy of the indictment/information is attached for your information.

cc: AUSA _Sandra Bower_

(newindic.mem - 08/96)

---

[1] **Note:**

1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

2. **THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | 05-CR-10237-MLW |
| ANTOIN QUARLES COMBS ) | |
|     a/k/a Antione Combs-Quarles ) | VIOLATION: |
|     a/k/a Antoine Combs ) | 18 U.S.C. § 922(g)(1) |
|             Defendant. ) | Felon in Possession of |
| ) | a Firearm & Ammunition |
| ) | |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm & Ammunition)

The Grand Jury charges that:

On or about May 23, 2005, at Boston, in the District of Massachusetts,

**ANTOIN QUARLES COMBS**
a/k/a Antione Combs-Quarles
a/k/a Antoine Combs

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit:

(1) a .38 caliber Smith & Wesson Model 36 revolver, bearing serial number J517421;

and

(2) 5 rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS        September ___7___, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk      9/7/05 @ 2:20pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  **Category No.** II   **Investigating Agency** ATF

City __Dorchester__   **Related Case Information:**   05 CR-10237-MLW

County __Suffolk__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Antoin Quarles Combs__    Juvenile  ☐ Yes  ☒ No

Alias Name __Antione Combs-Quarles; Antoine Combs__

Address __10 Harbor Point Blvd. BL #205, Dorchester, MA__

Birth date: __xx/xx/74__   SS#: __xxx-xx-5185__   Sex: __M__   Race: __Black__   Nationality: __US__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__   Bar Number if applicable __0787700__

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____  ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9-7-05__   Signature of AUSA: __Sandra S. Bower__

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Antoin Quarles Combs

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of a firearm & ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

ombsjs45.wpd - 3/13/02