AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTOIN QUARLES COMBS

a/k/a Antione Combs-Quarles, Antoine Combs

# WARRANT FOR ARREST

CASE NUMBER: 05-CR-10237-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTOIN QUARLES COMBS

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[×] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
being a felon in possession of a firearm and ammunition

in violation of
Title                18             United States Code, Section(s)   922(g)(1)

Name of Issuing Officer                              Title of Issuing Officer

Signature of Issuing Officer                         Date and Location   9/15/05, Boston, MA.

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at BOSTON, MA |

WARRANT EXECUTED BY ATF
ARREST WARRANT REMOVED TO THE
DEFENDANT ON 9/12/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.