IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 05-10237-MLW |
| ) | |
| ANTOIN QUARLES COMBS    ) | |

<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)</u>

The United States and counsel for Defendant Antoin Quarles Combs file this Joint Memorandum Pursuant to Local Rule 116.5(A) as follows:

1) Counsel for Defendant Combs requests an additional thirty days to make any discovery requests pursuant to Local Rule 116.3. The government does not object to this request.

2) The defendant requests expert discovery under Fed.R.Crim.P. 16(a)(1)(E). The government has advised defense counsel that the firearm and ammunition have been submitted for fingerprint analysis, but the analysis has not yet been completed. When the report is received the government will promptly provide it to defense counsel and will produce any additional expert discovery 30 days before trial. The defense agrees to produce expert discovery 14 days prior to trial.

3) As noted in paragraph 1, counsel for defendant has requested additional time to file a discovery letter. Thus, it is unknown at this time whether the parties will be providing additional discovery

as a result of future receipt of information, documents, or reports of examinations or tests.

4) The parties request that the setting of a motions date be deferred pending completion of discovery.

5) The parties agree that the following periods should be excluded under the Speedy Trial Act: 9-13-05 through 9-22-05 pursuant to 18 U.S.C. §3161(h)(1)(F) and 9-16-05 to 10-25-05 pursuant to Local Rule 112.2 and 18 U.S.C. §3161(h)(8)(A). The parties further agree that the period of 10-25-05, through the date of the interim status conference requested in paragraph 7, also should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) in that the ends of justice outweigh the interest of the public and defendant in a speedy trial. The defendant has asked for additional time to make discovery requests and the delay is necessary to complete discovery.

6) At this time, the parties anticipate that a trial will be necessary and will last about three days.

7) The parties request that another status conference be scheduled

at the end of November. The parties expect that discovery will be complete at that time or that any remaining discovery issues will be identified.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: /s/                                 By: /s/ Sandra S. Bower
    SCOTT P. LOPEZ, Esq.                    SANDRA S. BOWER
    Counsel for Defendant                   Assistant U.S. Attorney
    24 School Street, 8th Floor             1 Courthouse Way, Suite 9200
    Boston, MA                              Boston, MA 02210
    617-742-5700                            617-748-3184