UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.  05-10237-MLW

UNITED STATES OF AMERICA

v.

ANTOIN QUARLES COMBS

_____

ASSENTED TO MOTION FOR EXCLUDABLE DELAY
FOR THE PERIOD 9-13-05 TO 11-21-05

The United States respectfully files this assented-to motion to exclude the period of September 13 to November 21, 2005,  for purposes of the Speedy Trial Act, and states the following in support of this request:

1) At the initial status conference on October 25, 2005, the parties advised the Court that the following periods should be excluded under the Speedy Trial Act: September 13 to September 22, 2005 pursuant to 18 U.S.C. §3161(h)(1)(F),  and September 16 to October 25, 2005,  pursuant to Local Rule 112.2 and 18 U.S.C. §3161(h)(8)(A).

2) At the initial status conference, the parties also requested a further status conference, which is scheduled for November 21, 2005, and agreed that the period from October 25 through November 21, 2005, also should be excluded pursuant to 18 U.S.C. §3161(h)(8)(A) in that the ends of justice outweigh the interest of the public and defendant in a speedy trial. .

WHEREFORE, the parties respectfully request the Court to exclude the period of

September 13  to November 21, 2005, for purposes of the Speedy Trial Act.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /s/ Sandra S. Bower for          By:    /s/ Sandra S. Bower
  SCOTT P. LOPEZ, Esq.                      SANDRA S. BOWER
  Counsel for Defendant                     Assistant U.S. Attorney
  24 School Street, 8th Floor               1 Courthouse Way, Suite 9200
  Boston, MA                                Boston, MA 02210
  617-742-5700                              617-748-3184


Dated: 10-27-05

2