# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05-10237-MLW

UNITED STATES OF AMERICA

v.

ANTOIN QUARLES COMBS

## FINAL STATUS REPORT

NOVEMBER 23, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The indictment in the above-entitled case, which charges the defendant with being a felon in possession of a firearm and ammunition, was returned on September 7, 2005;

2. The defendant was arraigned on the indictment on September 16, 2005;

3. The defendant has agreed to voluntary detention without prejudice;

4. At the time of arraignment, the government estimated it would call 12 witnesses and that trial would last three days;

       5. Defense counsel has indicated that the case is most likely to be resolved by way of a trial;

       6. This case is hereby returned to the district judge to whom the case is assigned.



MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE