UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>      <u>**CRIMINAL  CASE**</u>

                              NO. <u>05-10237-MLW</u>

V.

<u>**ANTOIN QUARLES COMBS**</u>
        **Defendant(s)**

## <u>NOTICE OF HEARING</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for an Initial Pretrial Conference on <u>DECEMBER 16, 2005</u> at 1:30 P.M. before Judge Wolf in Courtroom # <u>17</u> on the <u>5</u>th floor.

                                              SARAH A. THORNTON
                                              CLERK OF COURT

<u>December 13, 2005</u>      By:   <u>/s/ Dennis O'Leary</u>
      **Date**            **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**            [ntchrgcnf.]
      [kntchrgcnf.]