UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ANTOIN QUARLES COMBS

Criminal
No.  05-10237-MLW

## PRETRIAL ORDER

After an Initial Pretrial Conference held on  DECEMBER 16, 2005 , it is hereby ORDERED that:

1. A hearing on any motion to dismiss, suppress, sever, or other issue that must be resolved prior to trial will be held on _____, at_____ and will continue on _____, at ____ if necessary.

2. Trial shall commence on MARCH 27, 2006 , at  9:00 AM .

3. The government shall by JANUARY 13, 2006, file its expert report. If the expert report is so filed the defendant shall do the same by, FEBRUARY 17, 2006.

3. The government shall by MARCH 3, 2006 ,[1] disclose to the defendant:

(a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

(b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

4. Pursuant to the agreement of the parties, statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in- chief shall be produced

---

[1]This date will ordinarily be 21 days before trial unless the declination procedure provided by L.R. 116.6 has been invoked before the Initial Pretrial Conference. See L.R. 117.1(A)(4). The judge who will preside at trial may, however, establish a date different from any date provided by L.R. 117.1 if the judge determines that there are factors in the particular case that make it in the interests of justice to do so. See L.R. 117.1(B).

[kptrlo.]

by MARCH 17, 2006  .

      5.      The parties shall by MARCH 3, 2006  file proposed voir dire questions, proposed jury instructions, any motions in limine with supporting memoranda, and a trial brief.[2] Responses to any motion in limine shall be filed by MARCH 17, 2006 .

      6.      The government shall by MARCH 17, 2006  :[3]

      (a)      Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

      (b)      Provide the defendant with copies of the exhibits and a pre-marked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

      7.      The defendant shall by  MARCH 22, 2006  :[4]

      (a)      Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

      (b)      Provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and

---

[2] The reference to a trial brief should be deleted if it is not appropriate to require that one be filed. See L.R. 117.1(A)(7).

[3] Absent an objection, this date will ordinarily be 7 days before trial. See L.R. 117.1(A)(8). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

[4] Absent an objection, this date will ordinarily be 3 days before trial. See L.R. 117.1(A)(9). However, if either party objects to the pretrial disclosure of its witnesses, the court will decide whether such disclosure should be ordered. Id.

a supplemental exhibit list.

8.  The parties shall by MARCH 2, 2006 , file a written stipulation of any facts that they agree are not in dispute.

9.  The Second Pretrial Conference shall be held on MARCH 23, 2006 ,[5] at 3:30 PM . The defendant shall be present for the pre-trial conference.

10.  The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference:[6]  DECEMBER 16, 2005 through MARCH 27, 2006 .

11.   Parties shall confer and report, by FEBRUARY 24, 2006, whether a trial will be necessary.

12.  Defendant shall provide a palm print, if possible, by the close of business on December 16, 2005 or in any event no later than DECEMBER 21, 2005.


December 16, 2005                                    /s/ Mark L. Wolf
         DATE                                              UNITED STATES DISTRICT COURT


(crim-ptc-order.wpd - 7/99)                                         [ kptrlo.]

---

[5] The Second Pretrial Conference will ordinarily be held not more than 7 days before the trial date. See L.R. 117.1(A)(11).

[6] See L.R. 112.2(B)