IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )
                                  )    CRIMINAL NO. 05-10237-MLW
ANTOIN QUARLES COMBS              )


EXPERT DISCLOSURE PURSUANT TO FED.R.CRIM.P. 16(a)(1)(G)

The United States respectfully submits this expert disclosure pursuant to Fed.R.Crim.P. 16(a)(1)(G) and Fed. R. Evid. 702.

**I.   Fingerprint Analysis**
      **Ron Smith of Ron Smith & Associates**
      **Meridian, Mississippi**

A. Summary of Anticipated Testimony

Mr. Smith, or examiners acting under his supervision and direction, processed the Smith & Wesson, .38 caliber revolver bearing serial number J517421, along with the five rounds of .38 caliber ammunition, that the defendant is charged with unlawfully possessing, to determine whether latent prints suitable for comparison could be obtained. Additionally, black electrical tape wrapped around the grip of the firearm was removed and also processed for prints. The firearm was processed using cyanoacrylate ester, a method commonly known as fuming or "super glue processing." The electrical tape was removed and processed using a sticky side powder and the cartridges also were fumed. The grip area of the gun was processed with black powder, once the tape

had been removed.  No prints of value were developed on the tape or on the rounds of ammunition, but a latent print suitable for comparison was developed on the grip area of the gun where the tape had been.  A comparison of the latent print with known finger and palm prints of the defendant was made and "no identification was effected."  Smith also is expected to testify that he is unable to determine how long the print may have been on the gun or how old the print is.  Copies of Mr. Smith's reports of December 13, 2005[1], December 16, 2005, and January 4, 2006, along with accompanying worksheets, are included here at Attachment A.

B. Qualifications and Bases for Opinions

As noted on the attached curriculum vitae (CV) (Attachment B)[2], Ron Smith is currently president of Ron Smith & Associates, Inc., a forensic consulting and technical training business in Meridian, Mississippi.  He has been a forensic scientist and involved in latent print examination for more than 30 years, having started as a fingerprint technician with the FBI in 1972 and becoming an examiner in 1973.  In the course of his career, Smith served as Associate Director of the Mississippi Crime Laboratory

---

[1] The December 13th and December 16th reports, as well as the initial latent print case worksheets, were previously provided to defense counsel.

[2] The CVs of the two other examiners involved in the processing, analysis and/or comparison of the latent print-Timothy F. Sethman and John P. Lazzaretto-also are attached.

from 1987 through 2002.  He has lectured at educational conferences and seminars more than 200 times, designed a palm print seminar which has been taught throughout the United States, North America, Europe and the Caribbean, as well as a testimony preparation seminar, taught in the United States and Canada.  He has been qualified as an expert witness in county, state, and federal courts more than 500 times in Alabama, Georgia, Louisiana, Massachusetts, Michigan, Mississippi, New Jersey, New Mexico and South Carolina.


**II.  Ballistics**
**Tyrone Camper, Firearms Examiner**
**Boston Police Department**

A.  Summary of Anticipated Testimony

Detective Camper successfully test-fired the gun seized in this case.  He will explain that, following normal procedure, he fired two rounds of stock ammunition into a horizontal water recovery tank.  Detective Camper also made a visual examination of the five rounds of .38 caliber ammunition and will testify that these rounds are ammunition as defined by statute.  He will explain the components of ammunition, to include the bullet, cartridge case, propellant powder and primer.  Copies of Detective Camper's ballistics reports, previously provided to defense counsel, are included here as Attachment C.

B.    Qualifications and Bases for Opinions

As stated on Detective Camper's CV, (Attachment D), he has been an officer with the Boston Police Department (BPD) since 1986 and has been a detective in the Firearms Unit of the BPD since 1997.  In his present position, he is responsible for examining and conducting tests of firearms and ammunition which is obtained as evidence in criminal cases submitted by local, state and federal law enforcement agencies.    Detective Camper has examined or performed tests on more than 4,000 firearms and ammunition manufactured in the United States and abroad.  He has responded to more than 200 crime scenes to collect firearm-related evidence.


**III. Interstate Commerce**
      **ATF Special Agent Philip Ball**
      **Boston Field Division**

A.    Summary of Anticipated Testimony

Special Agent Ball conducted an examination of the firearm seized in this case, along with the five rounds of .38 caliber ammunition bearing a head stamp of R-P, to determine their origins. Special Agent Ball will testify that the five rounds of ammunition were manufactured by Remington, which has manufacturing facilities in several states, but none in Massachusetts.  Thus, the ammunition crossed a state line prior to its seizure in Massachusetts on May

23, 2005. Special Agent Ball will further testify that the Smith & Wesson revolver was manufactured in Massachusetts.[3]

B. Qualifications and Bases for Opinions.

Special Agent Ball is a Special Agent with the Bureau of Alcohol, Tobacco and Firearms ("ATF") in the city of Boston. As a Special Agent, his duties include the investigation of violations of the Gun Control Act of 1968 and the National Firearms Act of 1934. He primarily investigates the violations of the illegal possession of a firearm by a felon and the illegal sale and trafficking of firearms across state lines. He has been with the Boston Field Division of ATF for about five years. Prior to becoming an ATF Agent he was a Military Intelligence Officer in the United States Army and the Department of Defense.

Special Agent Ball has been a United States Army Officer for 14 years and has been trained in the maintenance, care, and use of many different types of military and civilian firearms made thought the world. Special Agent Ball has conducted training for foreign armies on basic rifle marksmanship, care, maintenance of small arms used by their country and the United States. Among other duties that he is assigned as an ATF Special Agent, he is responsible for

---

[3]The United States anticipates introducing other evidence that the firearm, although manufactured in Massachusetts, was shipped on January 28, 1977, by Smith & Wesson to John Jovino, Inc. in New York, New York. From there, the firearm was shipped to Bob's Sport Shop in Westport, Massachusetts, and therefore, traveled in interstate commerce prior to its seizure by the Boston Police Department on May 23, 2005.

examining firearms and ammunition to determine their place of manufacture.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     617-748-3184

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 13, 2006.

/s/ Sandra S. Bower
Assistant U.S. Attorney

6



# Ron Smith & Associates, Inc.

P.O. Box 4436 • Meridian• Mississippi • 39304
Toll Free: 1-866-TEAM RSA (832-6772) • Office (601) 485-7606 • Fax (601) 485-7622 •
www.ronsmithandassociates.com

December 13, 2005

Captain Tom Dowd, Commander
Forensic Technology Division
Boston Police Department
1 Schroeder Plaza
Boston, Massachusetts  02120

Re:   Latent Print Examination Analytical Results        BPD Incident No. 050263125
      RS & A Latent Case No. 05-0862                      Latent Unit No. 05-0814
                                                          Ballistics Unit No. 05-0408

Captain Dowd,

On September 19, 2005, the following items of evidence were received from the
Ballistics Unit of the Boston Police Department and examined for latent prints:

One (1) sealed white cardboard box labeled "BPD CC#050263125" containing:

Exhibit #1-A:  One (1) "Smith & Wesson" .38 caliber revolver, serial number J517421.

Exhibit #1-B:  One unsealed plastic bag containing five (5) .38 caliber cartridges.

## Results:

One (1) latent fingerprint of value for comparison purposes, marked L-1, was developed
on and lifted from the grip area of the handgun contained n Exhibit #1-A.

No latent friction ridge detail information was developed on the cartridges contained in
Ex. #1-B.

RS & A Case No. 05-0862
BPD Incident No. 050263125
December 13, 2005
Page 2

**Remarks:**

Although of value for comparison purposes, the latent fingerprint of value, marked L-1, was not of sufficient quality to search through the Massachusetts State Police Automated Fingerprint Identification System.

The latent fingerprint of value, marked L-1, will be retained for any future comparisons you may desire.

All requested latent print examinations in this case have been completed.

The submitted items of evidence, Exhibit #1-A and Exhibit #1-B, were returned to BPD on September 20, 2005.

Should expert witness testimony be required in this case, please contact the offices of Ron Smith & Associates, Incorporated as soon as possible in order for necessary travel arrangements to be made. Please refer to the RS & A Latent Case Number 05-0862 when making inquiries. Subpoenas should be directed to "Latent Print Consultant, Ron Smith & Associates, Incorporated."

Respectfully Submitted,

Latent Print Consulting Division
Ron Smith & Associates, Incorporated
Meridian, Mississippi

Page  / of 3

 **RON SMITH AND ASSOCIATES, INC.**
**LATENT PRINT CASE WORKSHEET**

RS & A Case No.  05-0862J          BPD Incident No.: 050263125

BPD Latent Print Unit No.: 05-0814     BPD Ballistics Unit No.: 050408

| | Date |
|---|---|
| Case Received from B.P.D. | 09/19/05 |
| Opened: | 09/19/05 |
| Report Issued: | 12-13-05 |
| Returned to B.P.D. | 09/20/05 |

| Oral Report: | |
|---|---|
| Oral Report Given To: | |

| | Data |
|---|---|
| Total Exhibits Submitted: | 2 |
| Individual Items Processed: | 7 |
| LOV (s) Developed: | 1 |
| Latent Lifts Submitted (lifts, photos, etc.) | Ø |
| LOV (s) on Submitted Lifts: | Ø |
| Known Inked Prints Submitted: | Ø |
| Total Case Items: | 7 |

## EVIDENCE INVENTORY

| | |
|---|---|
| | This section is designed for the analyst to fully describe each exhibit to include type of packaging, labeling present, description of evidence and any unusual conditions that may have an effect on the examination. The outermost container is to be described first ** prior to itemized description of each exhibit. |
| ** | ONE Sealed white Cardboard Box (Evi-PAQ) Gun Box Labeled B.P.D. CC# 050263125 / BAL: 050408 Items: 002/003 & 006 (Test Fires). Containing: |
| EX. # | |
| 1A. | ONE Smith & Wesson 5-Shot Revolver 2" Barrel / Mod: 36  .38 S&W SPL  SN: J517421 |
| 1B | ONE Unsealed 4"x6" Plastic Bag. Labeled B.P.D 050263125 Item 006 Test Fires .357 Ammunition P.ck.L 357 (J517421) Revolver. Containing: ONE Sealed Plastic Bag. Containing: 5 (Five) Cartridges Head stamped R-P 38 SPL. |

Inventoried By: Timothy E. Sexhman          Date: 09/19/05

(PJ)

Page __2__ of __3__



# RON SMITH AND ASSOCIATES, INC.
## LATENT PRINT PROCESSING WORKSHEET

RS & A Case No. __05-0862__

| EX. # | This section is designed for the analyst to fully describe any and all processing which was completed on each exhibit |
|-------|------------------------------------------------------------------------------------------------------------------------|
| 1A | Visually examined utilizing oblique Lighting. Followed by Chemical Processing C/A Fuming. Visually examined, Polilight 530(NM). No Latent Prints of Value were developed |
|  | Black electrical tape was removed from Grip, & Processed utilizing Sticky Side Powder. No latent Prints of Value were developed. |
|  | Grips were further Processed utilizing BLACK Powder Print Powder. One latent print of value for Further Analysis was developed & Lifted (2x) from Pistol Grip at Screw attachment hole on Cylinder blank Side. |
| 1B | Visually examined, Utilizing Oblique Lighting, Followed by Chemical Processing C/A Fuming. Visually examined Polilight 530 (NM). No Latent Print l. due detail developed. |

Processing Conducted By: _Timothy E. Sethman_        Date: _09/29/05_

Page 3 of 3

# RON SMITH AND ASSOCIATES, INC.
## LATENT PRINT RESULTS WORKSHEET

RS & A Case No. 05.0862   RS & A Consultant _Timothy F. Sethman_   Date 09/20/05

| Examiner Initials | Ex. # | NRDF | P/NLOV | L # | Area | UTC | ECI | AFIS Sub. | IAFIS Sub. | Comp. Results | φ as: | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T.F.S. | 1A | | | L-1 | F.P | NP | | NAQ | | | | |
| T.F.S. | 1B | ✓ | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Technically Reviewed By: _John P. Black_   Administratively Reviewed By: _____

Date: _9-20-05_   Date: _9/26/05_

617 343 4818    P.02/03



# Ron Smith & Associates, Inc.

P.O. Box 4436 • Meridian• Mississippi • 39304
Toll Free: 1-866-TEAM RSA (832-6772) • Office (601) 485-7606 • Fax (601) 485-7622 •
www.ronsmithandassociates.com

December 16, 2005

Captain Tom Dowd, Commander
Forensic Technology Division
Boston Police Department
1 Schroeder Plaza
Boston, Massachusetts   02120

Re:    Latent Print Examination Analytical Results      BPD Incident No. 050263125
       RS & A Latent Case No. 05-0862

Captain Dowd,

On December 15, 2005 the following item of evidence was received from the Latent Print
Unit of the Boston Police Department for comparison in this case:

     Exhibit #2:      One (1) fingerprint card bearing the known fingerprints of
                     "Antoine Quarles, DOB/04-18-74."

## Examination:

The previously reported, unidentified latent fingerprint of value, marked L-1, has been
compared with the known fingerprints of "Antoine Quarles" as contained in Exhibit #2.

## Results:

No identification was effected.

RS & A Case No. 05-0862
BPD Incident No. 050263125
December 16, 2005
Page 2

**Remarks:**

Reproductions of the unidentified latent fingerprint of value, L-1, have been retained for
any future comparisons you may desire.

This report should be attached to and read in conjunction with the original latent print
case report dated and forwarded to you on December 13, 2005.

Should expert witness testimony be required in this case, please contact the offices of
Ron Smith & Associates, Incorporated as soon as possible in order for necessary travel
arrangements to be made.  Please refer to RS & A Latent Case Number 05-0862 when
making any inquiries.

Respectfully Submitted,

Latent Print Consulting Division
Ron Smith & Associates, Incorporated
Meridian, Mississippi



# Ron Smith & Associates, Inc.

P.O. Box 4436 • Meridian• Mississippi • 39304
Toll Free: 1-866-TEAM RSA (832-6772) • Office (601) 485-7606 • Fax (601) 485-7622 •
www.ronsmithandassociates.com

January 4, 2006

Captain Tom Dowd, Commander
Forensic Technology Division
Boston Police Department
1 Schroeder Plaza
Boston, Massachusetts   02120

Re:    Latent Print Examination Analytical Results        BPD Incident No. 050263125
       RS & A Latent Case No. 05-0862B

Captain Dowd,

On December 22, 2005 the following item of evidence was received from Agent Lisa
Rudnicki, Bureau of ATF, via Federal Express:

Exhibit #3:    Two (2) palm print cards bearing the known palm prints of "Antoine
               Combs Quarles".

## **Examination**:

The previously reported, unidentified latent print of value, marked L-1, has been
compared with the known palm prints of "Antoine Combs Quarles" contained in
Exhibit #3.

## **Results**:

No identification was effected.

RS & A Case No. 05-0862B
BPD Incident No. 050263125
January 4, 2006
Page 2

## Remarks:

This report should be attached to, and read in conjunction with, the original latent print
case report dated and forwarded to you on December 13, 2005 and the previous
supplemental case report previously forwarded to you and dated December 16, 2005.

As requested, Exhibit #3, the known palm prints of "Antoine Combs Quarles" will be
returned to ATF Agent Lisa Rudnicki, along with a copy of this report.

Should expert witness testimony be required in this case, please contact the offices of
Ron Smith & Associates, Incorporated as soon as possible in order for necessary travel
arrangements to be made. Please refer to RS & A Latent Case Number 05-0862 when
making any inquiries.

Respectfully Submitted,

Latent Print Consulting Division
Ron Smith & Associates, Incorporated
Meridian, Mississippi



✳ SUPPLEMENT ✳

Page _____ of _____



# RON SMITH AND ASSOCIATES, INC.
## LATENT PRINT CASE WORKSHEET

RS & A Case No. *05-0862*

BPD Incident No.: *050263125*

BPD Latent Print Unit No.: *05-814*

BPD Ballistics Unit No.: *05-0408*

| | Date |
|---|---|
| Case Received from B.P.D. | 12/15/05 |
| Opened: | 12/15/05 |
| Report Issued: | 12/16/05 |
| Returned to B.P.D. | 12/15/05 |

| | |
|---|---|
| Oral Report: | |
| Oral Report Given To: | |

| | Data |
|---|---|
| Total Exhibits Submitted: | 1 |
| Individual Items Processed: | -0- |
| LOV (s) Developed: | -0- |
| Latent Lifts Submitted (lifts, photos, etc.) | -0- |
| LOV (s) on Submitted Lifts: | -0- |
| Known Inked Prints Submitted: | 1 |
| Total Case Items: | 1 |

## EVIDENCE INVENTORY

| | |
|---|---|
| | *This section is designed for the analyst to fully describe each exhibit to include type of packaging, labeling present, description of evidence and any unusual conditions that may have an effect on the examination. The outermost container is to be described first ** prior to itemized description of each exhibit.* |
| ** | |
| EX. # | |
| | 2 ONE(1) TEN PRINT STANDARD FINGERPRINT CARD OF ANTOINE QUARLES, DOB 04/18/74 . |
| | (EX-#3) |
| 12-22-05 | Req. I.P.P'T on ANTOINE CORES QUARLES FROM AGENT LISA RVONICKI FOR COMPARISON WITH L-1, AS COMPARED (-1) = NON-IF . VERBAL NON-IF REPORT TO RVONICKI VOICEMAIL . SUPPLEMENTAL REPORT ISSUED on 1-4-06, SHIPPED EX-#3 & COPY OF REPORT TO AGENT RVONICKI on 1-4-06. JL |

Inventoried By: *J. Lazzarella / R. Smith*        Date: *12/15/05*

01/10/2006  14:48    6014857622              RON SMITH AND ASSOC              PAGE  10/12

\* SUPPLEMENT *

Page _____ of _____

 **RON SMITH AND ASSOCIATES, INC.**
**LATENT PRINT RESULTS WORKSHEET**

RS & A Case No. _05-0862_          RS & A Consultant _J. LAZZARETO_   Date _12/15/05_

| Examiner Initials | ev. # | NRDF | P/NLOV | L # | Area | UTC | ECI | AFIS Sub. | IAFIS Sub. | Comp. Results | φ as: | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JL | 1A | | | L-1 | | | | | | NON ID | | QUARLES, ANTOINE |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Technically Reviewed By: _____

Date: _12-15-05_

Administratively Reviewed By: _____

Date: _12-15-05_

01/10/2006 14:48    6014857622    RON SMITH AND ASSOC    PAGE 04/12



# Ron Smith & Associates, Inc.

P.O. Box 4436 • Meridian• Mississippi • 39304
Toll Free: 1-866-TEAM RSA (832-6772) • Office (601) 485-7606 • Fax (601) 485-7622 •
www.ronsmithandassociates.com

# Curriculum Vitae (Brief Version)

## Ron Smith, President
## Ron Smith & Associates, Incorporated
## Email: ron@ronsmithandassociates.com

### PROFESSIONAL SPECIALITIES

Latent Print Examination  /  Forensic Management  /  Crime Scene Examination

Instructional Areas:    Latent Print Examinations & Courtroom Testimony Techniques

### WORK EXPERIENCE

July 1, 2002  - Present                    President: Ron Smith & Associates, Inc.

Duties:        Forensic consulting and technical training of forensic specialists and
criminal investigators.  Case consultations with prosecutors and defense attorneys.
Provide full range of latent print related services to law enforcement agencies and the
private sector.  Review of expert witness testimony transcripts and provision of technical
testimony training in both criminal and civil cases.  Determine and implement company
policies and supervise daily activities of full time and contractual employees and forensic
specialists.

Page 1

December 1987 - June 31, 2002          Mississippi Crime Laboratory
                                       Position: Associate Director

Duties:        Supervise daily forensic activities of a regional forensic laboratory.
Served as senior latent print examiner and technical reviewer of latent print casework.
Served as the primary expert witness testimony trainer for the Mississippi Crime
Laboratory system.  Served as the AFIS latent print coordinator for the State of
Mississippi.  Supervised crime scene examinations. Lectured at the state law enforcement
academy.


January 1978 - November 1987           Mississippi Crime Laboratory
                                       Position: Fingerprint Examiner III

Duties:        Examined physical evidence for the presence or absence of latent prints
and conducted comparisons with known inked prints.  Provided expert witness testimony.
Supervised the daily activities of all other latent print examiners within the Mississippi
Crime Laboratory system.  Collected physical evidence at crime scenes. Lectured at the
state law enforcement academy.


May 1973 - December 1977               Alabama Bureau of Investigation
                                       Position: Fingerprint Examiner

Duties:        Examined physical evidence for the presence or absence of latent prints
and conduct comparisons with known inked prints.  Provided expert witness testimony.
Supervised the daily activities of other latent print examiners.  Collected physical
evidence at crime scenes. Lectured at the state law enforcement academy.


June 1972 - May 1973                   Federal Bureau of Investigation
                                       Position: Fingerprint Technician

Duties:        Classified, searched and filed criminal arrest fingerprint cards using
modified Henry system of fingerprint classification.


## EXPERIENCE AS EXPERT WITNESS

Qualified as an expert witness in county, state and federal courts in excess of 500 times in
Mississippi, Alabama, Louisiana, Georgia, New Jersey, New Mexico, Michigan,
Massachusetts and South Carolina.

## TEACHING EXPERIENCE

Designer and sole instructor of "Demystifying Palm Prints", an internationally recognized advanced palm print comparison seminar which has been taught in over forty states in the United States along with numerous other countries in North America, Europe and the Caribbean Islands.

Designer and sole instructor of "Courtroom Testimony Techniques—Success Instead of Survival", an internationally recognized testimony preparation seminar taught in excess of 100 times throughout the United States and Canada.

Invited to lecture at sixteen (16) annual educational conferences of the International Association for Identification since 1989.

Invited to lecture at over two hundred (200) state or regional educational conferences throughout the United States since 1989.

## FORMAL EDUCATION

Earned a Bachelor's of Science Degree in Interdisciplinary Studies (Criminal Justice and Management) from Mississippi State University.

## PROFESSIONAL AFFILIATIONS

**International Association for Identification:**

Positions Held:    Chairman of Fingerprint Identification Committee (2 years)
                   Member of Resolution, Membership and Safety Committees
                   Regional Vice-President (3 years)
                   Member of Latent Print Examiner Certification Board (6 years)
                   Member of IAI Board of Directors (7 years)

**Mississippi Division of International Association for Identification:**

Positions held:    Charter Member
                   Secretary / Treasurer
                   Vice-President
                   President
                   Chairman, Board of Directors
                   Regional Representative

Page 3

## PROFESSIONAL CERTIFICATIONS

Diplomate of the International Association for Identification as a Certified Latent Print Examiner.

Diplomate of the International Association for Identification as a Certified Senior Crime Scene Analyst.

## AWARDS

Recipient of the "John A. Dondero Memorial Award" presented by the International Association for Identification at their Annual Educational Conference in Miami, Florida in July 2001. This is the highest award available from the I.A.I. for a professional working within the forensic identification field and has been awarded only 20 times since it was began in 1959.

Recipient of the "Dedication to Service" award presented by the International Association for Identification at their Annual Educational Conference in Dallas, Texas in August 2005.



465 Finley Road
Belle Vernon PA 15012

Phone 724-929-2090
E-mail galton11@comcast.net

# Timothy F. Sethman

**Summary of qualifications**

- Nine years of direct experience in crime scene analysis, specifically violent crimes, fingerprint analysis to include development and identification

- Extensive training in areas of documentation, collection, analysis of physical evidence, friction skin development and advanced comparison techniques

- Guest lectures at various colleges in the area of Crime Scene processing and Forensic related fields. The institutions in which I have presented materials include, The University of Pittsburgh, California University, Waynesburg College, Washington and Jefferson University, Beaver Community College and Westmoreland County Community College

**Forensic Training and Skills**

Basic and advanced crime scene photography•Trace evidence analysis•Basic and advanced crime scene analysis•Forensic entomology collection•Advanced violent death investigation•Advanced latent print processing and identification•Footwear and Tire track identification•Advanced ridgeology and palm print identification•Crime scene diagram

**Professional experience**

1997 – present Westmoreland County Detective Bureau Forensic Unit, Greensburg Pennsylvania

**Forensic Detective**

- Assist local, state and federal law enforcement agencies with the documentation, collection and preservation of physical evidence recovered from crime scenes. Prepare detailed written reports and offer testimony in the court of law. Provide expert testimony in the areas of crime scene analysis, science of fingerprints, footwear and tire track identification along with forensic photography.

1987 – 1996 Rostraver Township Police Department, Belle Vernon Pennsylvania

**Police Officer**

- Traffic enforcement, criminal investigation: prepare written reports, filing of criminal charges, and testimony in court, community service officer, patrol supervisor. Received two certificates of merit for outstanding contributions to the community of Rostraver Township.

**Education**

1997 – 2001 Westmoreland County Community College

**Associates Degree, Criminal Justice**

- High Honors Graduate

1997-2004 FBI Academy, Quantico Virginia/University of Virginia



Administrative Advanced Latent Fingerprint
Expert Witness Testimony
Basic Fingerprint Processing
Footwear and Tire Track Identification
Crime Scene Diagramming
Basic Police Photography
Latent Print Photography
Forensic 1 and 2 Photography
Forensic Digital Imaging

1998 Northwestern University, Evanston Illinois
Advanced Crime Scene Technology

1999 Pittsburgh Police Academy, Pittsburgh Pennsylvania
Advanced Ridge Comparison Techniques

1999 Pennsylvania Chiefs of Police, Harrisburg Pennsylvania
Advanced Palm Print Identification

| | |
|---|---|
| **Accreditations** | International Association for Identification•Board Certifications•Senior Crime Scene Analyst•Latent Print Examiner•Footwear Examiner•Forensic Photography•Fellow, Finger Print Society |
| **Professional memberships** | IAI, Member of the Parent Body (14916), Past President and Chairman of the Board, New Jersey IAI•Student member of the Academy of Forensic Sciences |
| **Patents and publications** | Fall Journal, New Jersey IAI, *"Footwear Evidence"*•Winter Journal, New Jersey IAI, *"Tonal Reversal in the World of Fingerprints"*•Journal of High School Social Studies, *"Forming a Partnership – Police Officers and Educators"*, coauthor Dr. David Lonich |
| **Training Hours** | Crime Scene, 530 hours•Latent Fingerprints, 600 hours• Footwear, 100 hours•Photography, 350 hours•General Police courses, 900 hours•Municipal Police Officer Education and Training, 480 hours (MPT#09142 |
| **References** | Available upon request |

# CURRICULUM VITAE

**Name**: John P. Lazzaretto
8611 N.W. 193rd Lane
Miami, Fl. 33015-5321

**Job Title:** Forensic Consultant

**Discipline(s):** Latent Prints, Crime Scene Investigation.

## Education:

| Institution | Dates Graduated | Major | Degree Completed |
|---|---|---|---|
| Biscayne College | 1981 | Criminal Justice | Bachelor of Arts |
| Miami Dade Comm. College | 1980 | Criminal Justice | Associate in Science |
| Miami Dade Comm. College | 1980 | General Education | Associate of Arts |

## Training:

Florida Division of the International Association for Identification (FDIAI) 18th-45th Annual Training Conferences, 1977-2004.

International Association of Identification (IAI) 68th - 70th-72nd - 77th, and 79th-89th Annual Educational Conferences, 1983-2004.

Broward Forensic Association Seminar in the field of *Collection and Interpretation of Glass Evidence, Forensic Electronic Imaging,* and *Underwater Crime Scenes*

OSHA Trainer Course: Instructor, *Occupational Exposure to Blood Borne Pathogens*

Training program *Hazardous Material First Responder Training for Law Enforcement*

Polaroid Video Evidence Seminar *Freeze Frame*

Florida Institute for Law Enforcement, 40 hour course, *Blood Stain/Blood Spatter*

Criminal Justice Information Systems Training Seminar

Southeast Florida Institute of Criminal Justice, 40 hour course, *Instructor Training Workshop*

Federal Bureau of Investigation, FBI Academy, Quantico, VA, 40 hour course each: *Police Arson School, Bombing Crime Scene School, Collection and Preservation of Physical Evidence School,* and *Administrative Advance Latent Fingerprint School* (120 hour course)

Federal Bureau of Investigation, Miami Police Academy, *Advance Latent Fingerprint Techniques (40hrs)*

Southeast Florida Institute of Criminal Justice, 80 hour course, *Career Development Supervision Training*

Broward Criminal Justice Institute, *Ident-Kit Systems Models I and II*

Southeast Florida Institute of Criminal Justice, 120 hour course, *Crime Scene and Explosives Technology*

Institute of Applied Science course

Palm Beach County Sheriff's Office, *Safe-Breaking and Electronic Burglary Devices*

**Name:** John Lazzaretto                                                                 **Page 2**

**Courtroom Experience:**
Crime Scene Investigation:1968 - 1998
Latent Print Identification: 1974 - Present, approximate excess of 400 times

**Professional Affiliations:**
Florida Division International Association for Identifications
 Past Chairman, Latent Print Certification Board and Presently serve on other Committees (present),
Chairman of the Board 1989-1990
President 1988-1989

International Association for Identification
Regional Representative for the Florida Division of the IAI
Board of Director 2004 to Present.

South Florida Forensic Association

Dade County Police Benevolent Retired Association

**Employment History:**
(1) **Job Title:** Forensic Consultant: Self-employed 01/10/04 to present; Ron Smith and Associates,
Forensic Consultant 12/03 to present; City of Miami PD Forensic Consultant, Latent Print Unit 2/04
to 2/05.

(2) **Job Title:** Latent Examiner Supervisor: **Employer**:  Broward County Sheriff's Office 11/09/98-
12/09/04.
**Principal Duties:** Plan, assign, coordinate, and supervise the work of subordinates in a manner
conductive to full performance in the latent Print Unit.  Oversees the latent aspects of AFIS and
presents expert testimony in court on latent print comparisons.

(3)  **Job Title:** Forensic Consultant    **Employer:** Self-Employed 11/94-11/98
**Principal Duties:** Consultant on forensic aspects of latent prints and other related aspects of Crime
Scene investigation.

(4) **Job Title:** Latent Print Examiner (Forensic Consultant) **Employer:** Miami Police Department
1995-1998
**Principal Duties:** Perform latent fingerprint comparisons and examinations and criminal cases as
assigned.

(5) **Job Title:** Identification Tech. Supervisor: **Employer:** Hialeah Police Department
06/05/68-11/28/94
**Principal Duties:** Responsibilities included coordinating and supervising the operations of the
Identification Section, which included the following units: Crime Scene Search, Latent Print,
Prisoner Processing Center (jail), Photography Unit, Acting Supervisor in Criminal Records Section,

**Name:** John Lazzaretto                                                          **Page 3**

**Other Qualifications:**

**Certifications:**
Certified Latent Print Examiner, IAI, 10/78 - Present
Certified Instructor, State of Florida commission on Criminal Justice Standards and Training
OSHA Instructor *Occupational Exposure to Blood Borne Pathogens*

**Honors**

Miami Police Department, Criminal Investigations Division Outstanding Employee of the Month for August 1996

Latent Print Detail Miami Police Department, Investigations Unit Citation Award, September 1995

Florida Division of the International Association for Identification, Sustained Achievement Award, 1993

First Annual Hit of the Year Award from Printrak International, 1991.

Florida Division of the international Association for Identification, Identification Officer of the Year, 1986

Numerous letters of commendation from Hialeah Police Department, Eleventh Judicial Circuit Dade County State Attorney's Office, Broward County Sheriff's Office, Broward County State Attorney's Office, and citizens of the community.

# FIREARMS UNIT

B.U. CASE # 05-0408          CC#: 050263125

I, TYRONE CAMPER, having testified and been qualified a firearms expert in Suffolk Superior Court and U.S. District Court, examined the following gun:
a .38 SMITH & WESSON MODEL: 36 PISTOL, REVOLVER

Serial#: J517421

Remarks: BLACK ELECTRICAL TAPE ON GRIP

Submitted to this unit on 5/24/2005
and having successfully test fired a shot, it is in my opinion a firearm as defined in Chapter 140, Section 121.

_____
(Firearms Examiner, Boston Police Department)

Subscribed and sworn to before me on 5/26/2005 5:02:26 PM.
I know this subscriber to be a qualified firearms expert of the Boston Police Department.

_____
(Notary Public)

My Commision Expires  /-5-07

MARTIN L. LYDON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 5, 2007

# FIREARMS UNIT

B.U. CASE # 05-0408          CC#: 050263125

I, TYRONE CAMPER, having testified and been qualified a firearms expert in Suffolk Superior Court and U.S. District Court, examined the following evidence:
5, .38 caliber loose rounds of ammunition.

Remarks:

Submitted to this unit on 5/24/2005
It is in my opinion AMMUNITION as defined in Chapter 140, Section 121.

_____
(Firearms Examiner, Boston Police Department)

Subscribed and sworn to before me on 5/26/2005 5:03:48 PM.
I know this subscriber to be a qualified firearms expert of the Boston Police Department.

_____
(Notary Public)

My Commision Expires _____

MARTIN L. LYDON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 5, 2007

Tyrone A. Camper
Detective
Boston Police Department
Firearms Unit
1 Schroeder Plaza
Boston, MA 02120
(617) 343-4465

## CURRICULUM VITAE

### Formal Education

2003 Master's Degree
Criminal Justice Administration
Anna Maria College

1984 Bachelor of Arts
Framingham State College
Economics

1983 Commissioned Officer United States Army
Massachusetts Military Academy

### Employment and Training

**1981-1991** Massachusetts Army National Guard
101st Infantry Battalion Platoon Leader

**1986-Present**
Boston Police Department

**1986-1987**
Patrol Officer Area C-ll.

**1987-1988**
Patrol Officer Drug Control Unit

**1988-1990**
Patrol Officer C-11.

**1990-1994**
Detective, Drug Control Unit

**1994-1996**
Detective, Major Case Unit

1

**1996-1997**
Detective, Homicide Unit

**1997-Present**
Detective, Firearms Unit
I examine, and conduct tests of firearms and ammunition that are obtained as evidence in criminal cases, submitted by Local, State and Federal Law enforcement agencies. I prepare reports relating to the identification, and classification of firearms and ammunition under the provisions of Massachusetts General Laws. I respond to crime scenes, which involve the use of firearms and ammunition, to include Homicides, Suicides, Assaults, and Police involved discharges within the City of Boston. I have examined, or performed test on over 4,000 firearms and ammunitions manufactured in the United States and other locations throughout the world. I have responded to over 400 various types of crime scenes to conduct searches and collect firearm related evidence.

**1996**
Northeast Law Enforcement Officers Association
Practical Homicide Investigation Seminar

**1997**
SigArms Armorers School

**1998**
Glock Armorers School
Intro To Drug Fire Course

**1999**
Bureau of Alcohol Tobacco and Firearms
Firearms Identification and Tracing Procedures

Forensic Consulting Associates of New England
Collection & Preservation of Physical Evidence in Sexual Assault Cases

Sturm Ruger Armorers School

Federal Bureau of Investigation
Gunshot Residues School

**2002**
Glock Armorers School
Leica Microscope Training

2

**2003**
Public Safety Institute University of North Florida
Crime Scene Reconstruction of Shooting Incidents

International Association for Property and Evidence, Inc
Managing Property and Evidence in Law Enforcement Agencies

**2005**
Federal Bureau of Investigation
Toolmarks Identification Training

Examination and Comparison of Cartridges, Cartridge Cases
Shot Shells and Fired Shot shells
Nancy McCombs AFTE Certified Firearms Examiner

**2006**
Ruger Investment Casting Manufacturing Plant

**Accreditation**
Testified as an expert witness concerning firearms and ammunitions in the United
States District Court, and Suffolk Superior Court of Suffolk County.

**Professional Memberships**
Detective's Benevolent Society

Mass Police Officers Association

**Honors and Awards**
Boston Police Department Medal of Honor

3