# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | )| |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  05-10237-MLW** |
| | ) | |
| **ANTOIN QUARLES COMBS** | ) | |

_____)

## ASSENTED-TO MOTION TO EXTEND THE
## TIME FOR DEFENDANT TO FILE EXPERT DISCLOSURES
_____

Defendant, Antoin Quarles Combs, by and through his attorney, Scott P. Lopez, hereby moves to extend the time to file expert disclosures for an additional fourteen (14) days from today, February 17, 2006, until Friday, March 3, 2006.

In support of this motion, undersigned counsel states the following:

1.      After receiving and reviewing the government's initial expert disclosures filed on January 13, 2006, undersigned counsel had determined that it was not in defendant's best interest to file expert disclosures in this case.

2.      However, following the government's disclosures, the parties had additional conversations regarding other information the government's fingerprint experts might offer as additional expert testimony and this week the government filed a supplemental disclosure that raises evidentiary issues which requires undersigned counsel to reconsider and reevaluate defendant's position regarding defendant's expert disclosures.

3.      Given this recent development, additional time is also needed to consult with defendant regarding undersigned counsel's next steps.

4.      Moreover, the government assents to this motion.

5.    Finally, this brief extension of time should not have any impact on the remaining deadlines or the trial date previously scheduled by the Court.

WHEREFORE, defendant Antoin Quarles Combs respectfully requests that the Court extend the time for filing his expert disclosures from this Friday, February 17, 2006, until Friday, March 3, 2006.

Respectfully submitted
By Defendant,
ANTOIN QUARLES COMBS
By his attorneys

  /s/ Scott P. Lopez
Scott P. Lopez
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have previously conferred with counsel for the government, Assistant U.S. Attorney Sandra S. Bower, in a good faith attempt to resolve or narrow the issue in this motion.

  /s/ Scott P. Lopez
Scott P. Lopez

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 17th day of February, 2006, I served the within ASSENTED-TO MOTION TO EXTEND TIME THE TIME FOR DEFENDANT TO FILE EXPERT DISCLOSURE by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov

  /s/ Scott P. Lopez
Scott P. Lopez