**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>)<br>      v.      )<br>)<br>**ANTOIN QUARLES COMBS** ) | **CRIM. NO. 05-10237-MLW** |

**NOTICE OF APPEARANCE**

Please enter the undersigned's appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 2/20/06        By:   /s/ John A. Wortmann, Jr.
                            JOHN A. WORTMANN, JR.
                            Assistant U.S. Attorney
                            One Courthouse Way
                            Boston, MA
                            (617) 748-3207