IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 05-10237-MLW |
| ANTOIN QUARLES COMBS | ) | |

JOINT STATUS REPORT

Pursuant to the Pretrial Order entered in this case on December 16, 2005, the United States and counsel for Defendant Antoin Quarles Combs respectfully notify the Court that they have conferred, that it does not appear that the case will be resolved by plea, and that a trial will be necessary. Should this situation change, the parties will promptly notify the Court.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: /s/ Sandra S. Bower for     By: /s/ Sandra S. Bower
    SCOTT P. LOPEZ, Esq.               SANDRA S. BOWER
    Counsel for Defendant              JOHN A. WORTMANN, Jr.
    24 School Street, 8th Floor      Assistant U.S. Attorneys
    Boston, MA 02108                   1 Courthouse Way, Suite 9200
    617-742-5700                          Boston, MA 02210
                                          617-748-3184

Certificate of Service

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 24, 2006.

                                      /s/ Sandra S. Bower
                                      SANDRA S. BOWER
                                      Assistant U.S. Attorney