

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*

*1 Courthouse Way*
*Boston, Massachusetts  02210*

March 2, 2006

Dennis O'Leary
Clerk to the Hon. Mark L. Wolf              (BY HAND)
Clerk's Office
United States District Court
One Courthouse Square
Boston, MA 02210

**Re: United States v. Combs**
    **Civil Action No. 05-10237-MLW**

Dear Mr. O'Leary:


     Earlier today, I electronically filed the government's Government's Motion in Limine Re: Admission of Limited Excerpts of Boston Police Department Turret Tapes in the above-captioned matter.  In that motion, I stated that the government would provide the court with copies of the excerpted CDs.

     Two audio CD's are enclosed in connection with that motion. Both the CDs and the draft transcripts appended to the motion have previously been provided to defense counsel.


                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ John A. Wortmann, Jr.
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney

cc: Scott Lopez, Esq. (BY HAND w/o attachments)

Case 1:05-cr-10237-MLW    Document 19    Filed 03/02/2006    Page 2 of 2