```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
        v.                )      CRIM. NO. 05-10237-MLW
                          )
ANTOIN QUARLES COMBS      )
```

### GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys John A. Wortmann, Jr. and Sandra Bower, hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1. The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?;

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

   (c) ever engaged in litigation with the federal government the , that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal

government?

(d) ever engaged in litigation with the state government or the city of Boston, that is, ever filed a claim or lawsuit against the Commonwealth of Massachusetts or the City of Boston or any of their agencies, or answered some claim made against you by the state government or the City of Boston?

(e) ever had any involvement, of any sort, with the Boston Police Department or the Bureau of Alcohol, Tobacco, and Firearms, known as the "ATF"?

(f) ever been treated unfairly by any police officer or other law enforcement personnel?

2. Aside from these particular circumstances, are you aware of any prejudice which you may have against the Federal government, the Commonwealth of Massachusetts or the City of Boston which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3. Some of the witnesses expected to be called by the United States at trial are officers with the Boston Police Department and Special Agents with the Bureau of Alcohol, Tobacco, and Firearms. These law enforcement officers may be called to testify as both "fact" witnesses and as "expert" witnesses. As experts, they may be called to give their expert opinion as to certain matters in this case calling for specialized knowledge and skill involving firearms, fingerprinting, and possibly other investigative practices.

Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer working for

the Boston Police Department or the ATF?

    5.  If you are a regular viewer of forensic detective television shows such as CSI, will this affect the burden that you impose on the government in its proof?

    6.  Are you willing and able to completely and honestly apply the law, as I give it to you at the end of the case, to the facts as you find them?  Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

    7.  Do you have any strong feelings regarding firearms or government regulation of firearms that would effect your ability to sit as a fair and impartial juror in this case?  Are you or any member of your family a member of an organization that advocates either gun ownership or advocates restrictions on the use and ownership of firearms?

                                                      _____
Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 3/1/06         By:   /s/ John A. Wortmann, Jr.
                            JOHN A. WORTMANN, JR.
                            SANDRA BOWER
                            Assistant U.S. Attorneys
                            One Courthouse Way
                            Boston, MA
                            (617) 748-3207