UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                              **CRIMINAL CASE**

                                                               **NO. 05-10237-MLW**
                V.

**ANTOIN QUARLES COMBS**
         Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA HEARING on **MARCH 14, 2006** at 3:30 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                                         SARAH A. THORNTON
                                                         CLERK OF COURT

**March 10, 2006**                        By:   /s/ Dennis O'Leary
         Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                         [ntchrgcnf.]
                                                 [kntchrgcnf.]