UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10237

| United States of America | Antoin Quarles Combs |
|---|---|
| PLAINTIFF | DEFENDANT |
| Sandra Bower | Scott Lopez |
| John Wortmann | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 3/14/06 | Defense counsel files a motion to withdraw in court. Court closes the courtroom and takes up the motion to withdraw. Court denies the motion to withdraw. Court puts the case back on for trial for March 27, 2006. |
| | Court orders defendant to make filings required under the pre-trial order by 12:00 on Monday, March 20, 2006 |
| | Court schedules further pre-trial conference for March 23, 2006 at 3:30 PM. Court issues oral sequestration order from the bench. Written sequestration order to issue. |