UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                       )
**UNITED STATES OF AMERICA**          )
                                                       )
     v.                                             )     CR. NO.  05-10237-MLW
                                                       )
**ANTOIN QUARLES COMBS**              )
_____)


**MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR DEFENDANT ANTOIN COMBS QUARLES**
_____

Pursuant to Local Rule 83.5.2(c), undersigned counsel hereby requests leave to withdraw as the attorney of record for defendant Antoin Combs Quarles in the above-captioned matter.

In support of this request, undersigned counsel states the following:

1. At present, defendant and undersigned counsel have irreconcilable differences regarding the defense of his case; and

2. Yesterday, defendant requested undersigned counsel to ask the Court to appoint new counsel to represent him.

3. As a direct result of this breakdown in the attorney client relationship, undersigned counsel believes it is in defendant's best interest to have new counsel appointed to represent defendant at his trial.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw and allow him to withdraw as the attorney of record for the defendant in the above-captioned matter so the Court can appoint new counsel to represent defendant at his trial.

        Respectfully submitted
        By Defendant,
        ANTOIN QUARLES COMBS
        By his attorneys


        /s/ Scott P. Lopez
        Scott P. Lopez
        Law Office of Scott P. Lopez
        24 School Street, 8th Floor
        Boston, MA  02108
        (617) 742-5700

## LOCAL RULE 7.1 CERTIFICATION

I, Scott P. Lopez, hereby certify that I have previously conferred with counsel for the government, Assistant U.S. Attorney Sandra S. Bower, in a good faith attempt to resolve or narrow the issue in this motion.


        /s/ Scott P. Lopez
        Scott P. Lopez

## CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 14th day of March, 2006, I served the within MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ANTOIN COMBS QUARLES by hand on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov


        /s/ Scott P. Lopez
        Scott P. Lopez