UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | C.R. No. 05-10237-MLW |
| ) | |
| ANTOIN QUARLES COMBS ) | |
|     Defendant. ) | |

<u>ORDER</u>

WOLF, D.J.                                                                                   March 14, 2006

    For the reasons stated in court on March 14, 2006, it is hereby ORDERED that:

    1. The defendant shall, by Monday, March 20, 2006, at 12:00 noon, file proposed voir dire questions, proposed jury instructions, any motions in limine with supporting memoranda and any responses to the government's motions in limine.

    2. Replies to any motions in limine submitted by the defendant shall be filed by March 22, 2006, at 12:00 noon.

    3. The parties shall appear for a pretrial conference or a Rule 11 hearing on March 23, 2006, at 3:30 p.m.

                                                           /s/ MARK L. WOLF
                                                          UNITED STATES DISTRICT JUDGE