```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          v.                )
                            )    CRIMINAL NO. 05-10237-MLW
ANTOIN QUARLES COMBS        )
```

                                WITNESS LIST

The United States respectfully submits the following list of witnesses for trial in the above-referenced matter:

```
     Special Agent Philip Ball
     Bureau of Alcohol, Tobacco, Firearms
       and Explosives
     10 Causeway Street
     Boston, MA 02222

     Officer Dean Bickerton
     Boston Police Department
     1165 Blue Hill Avenue
     Dorchester, MA 02124

     Ronald P. Borgio
     Keeper of Records
     Smith & Wesson Corp.
     2100 Roosevelt Ave.
     Springfield, MA 01104

     Detective Tyrone Camper
     Boston Police Department
     Firearms Unit
     One Schroeder Plaza
     Boston, MA 02120

     Officer Donald Caisey
     Boston Police Department
     1708 Centre Street
     West Roxbury, MA 02132

     Officer John Conway
     Boston Police Department
     1165 Blue Hill Avenue
     Dorchester, MA 02124
```

Chemist Annie Dookhan
Massachusetts Department of Public Health
305 South Street
Boston, MA 02130

Program Analyst Udora M. Hugee
Bureau of Alcohol, Tobacco, Firearms
 and Explosives
National Tracing Center Division
244 Needy Road
Martinsburg, WV 25401

Anthony Imperato
Keeper of Records
John Jovino Co., Inc.
183 Grand Street
New York, NY 10013

Officer Christopher Ross
Boston Police Department
40 Gibson Street
Dorchester, MA 02122

Special Agent Lisa Rudnicki
Bureau of Alcohol, Tobacco, Firearms
   and Explosives
10 Causeway Street
Boston, MA

Officer Anthony Serra
Boston Police Department
40 Gibson Street
Dorchester, MA 02122

Detective Timothy Sethman
Westmoreland County Detective Bureau Forensic Unit
Donohoe Road
Greensburg, PA 15601

The United States makes no representations that it intends to call each and every witness listed above. Unless arrangements are made with either of the undersigned attorneys before trial, the defendant must subpoena any witness listed above or otherwise

seek process compelling that person's attendance at trial.  This list does not include witnesses that the United States may determine are necessary for rebuttal.  The United States reserves its right to amend its witness list before the commencement of trial.  The United States will notify counsel immediately if any such additions or amendments are made.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     JOHN A. WORTMANN, Jr.
     Assistant U.S. Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     617-748-3184

Certificate of Service

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 17, 2006.

                        /s/ Sandra S. Bower
                        SANDRA S. BOWER
                        Assistant U.S. Attorney