UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cr. No. 05-10237-MLW |
| | ) | |
| ANTOIN QUARLES COMBS, | ) | |
| Defendant. | ) | |

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | ID'd | OFFERED | ADMITTED |
|---|---|---|---|---|
| A | Map of area of Ashmont Street and Dorchester Avenue | | | |
| 1 | Smith and Wesson .38 caliber Model 36 revolver, Serial No. J517421 | | | |
| 2 | Five rounds .38 caliber ammunition | | | |
| 3A | Photograph of 50 Southern Avenue, Dorchester, MA | | | |
| 3B | Photograph of scene of arrest | | | |
| 3C | Photograph of view across the street from arrest scene | | | |
| 4 | Marijuana - recovered from scene of arrest | | | |
| 5 | Marijuana - recovered from hospital | | | |
| 6 | Marijuana certificate | | | |
| 7 | Excerpt from turret tape-Bickerton | | | |
| B | Transcript of Exhibit 7 | | | |
| 8 | Excerpt from turret tape-Conway | | | |
| C | Transcript of Exhibit 8 | | | |
| 9 | Smith & Wesson records of shipment of firearm to John Jovino Co. on 1/28/77 | | | |
| 10A | John Jovino Co. records of shipment of firearm to Bob's Sporting Goods in Westport, MA on 2/8/77 | | | |
| 10B | ATF Firearms and Acquisition and Disposition Record of John Jovino Co., Inc. | | | |
| 11 | BPD Firearms Unit certifications of firearm and ammunition | | | |

| NO. | DESCRIPTION | ID'd | OFFERED | ADMITTED |
|---|---|---|---|---|
|  |  |  |  |  |
|  | **Stipulations** |  |  |  |
| D | Felon status |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Sandra S. Bower
      SANDRA S. BOWER
      JOHN A. WORTMANN , Jr.
      Assistant U.S. Attorneys
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210

<u>Certificate of Service</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 17, 2006.

          /s/ Sandra S. Bower
          SANDRA S. BOWER
          Assistant U.S. Attorney