UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** ) ) ) ) v. ) **ANTOIN COMBS QUARLES** ) ) ) ) ) ) | CR. NO.: 05-10237-MLW |

### DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE* TO EXCLUDE FIELD INTERVIEW AND OBSERVATION REPORT

Defendant Antoin Comb Quarles, by and through undersigned counsel, hereby moves this Court to prohibit testimony or other evidence of information and observations prior to the incident in this case. The government's discovery contains one Field Interview and Observation (FIO) report from April 24, 2005, in which the police officers in this case reported that they had observed Mr. Combs Quarles sleeping in his car at River Street and Fremont Street. See Exhibit A.

This FIO report is hearsay and is not evidence of any issue in this case. Such reports are more prejudicial than probative, pursuant to Fed. R. Evid. 403; *see* United States v. Trenkler, 61 F.3d 45, 52 (1st Cir. 1995).

WHEREFORE, the defendant states that this Honorable Court should preclude evidence of any and all testimony or other evidence of this purported FIO identifying the defendant.

        Respectfully submitted,
        By defendant
        Antoin Combs Quarles
        By his attorney,


        /s/ Scott P. Lopez
        Scott P. Lopez, BBO #549556
        Law Office of Scott P. Lopez
        24 School Street, 8th Floor
        Boston, MA 02108
        (617) 742-5700

Dated: March 20, 2006


## CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 20th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE* TO EXCLUDE FIELD INTERVIEW AND OBSERVATION REPORT by electronic mail on the following counsel of record at the following address:

        Sandra S. Bower
        Assistant United States Attorney
        United States Attorney Office
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        617-748-3184
        Sandra.Bower@usdoj.gov

        /s/ Scott P. Lopez
        Scott P. Lopez

# BostonPolice
### DEPARTMENT

1 Schroeder Plaza, Boston, MA 02120-2014

Page 1 of 1
Date 4/24/05
CC

DISTRICT/UNIT: **B-3**

TO: Captain Timmothy Murray, Area B-3 Commander

FROM: Police Officer Dean Bickerton, ID #86199

SUBJECT: FIO at River st and Fremon St

Sir:

I respectfully report that on Sunday April 24, 2005 at approximately 0700 hrs I was assigned the CK01A unit with PO Conway. We initated an FIO of an individual sleeping in a car, NH reg 1801679 (red Nissan Altima) at River St and Fremont St. The individual, Antoine Combs-Quarles, was speaking with us when we explained that he needed to be careful and that someone was murdered on Itasca St. Mr. Combs-Quarles immediately knew what we were speaking about. Mr. Combs-Quarles then became excited and stated, "ya this girl I was messing with, that's her baby daddy", and "she told me that but I ain't messin with her anymore" and he also states that he met her at "Packys". I then asked him the womans name and Mr. Combs-Quarles said he can't remember anymore. Mr. Combs-Quarles is described as DOB, 4/18/74, 6'3", appx 185 lbs, slight accent, screffy on the face, low-med cut hair, black hat, blue jeans, white t-shirt, dark blue/red "Red Sox" coat and black sneakers. Mr. Combs-Quarles resides at 10 Harbor Point Blvd, (617) 822-0782.

Respectfully submitted,

PO Dean Bickerton
ID #86199