UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
**UNITED STATES OF AMERICA**          )
                                      )
        v.                            )    CR. NO.: 05-10237-MLW
                                      )
**ANTOIN COMBS QUARLES**              )
_____)

**DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE*
TO EXCLUDE UNFAIRLY PREJUDICIAL REFERENCES**
_____

Defendant Antoin Combs Quarles, by and through undersigned counsel, hereby moves this Court, pursuant to F.R.E. 403 and 404, to prohibit the government from eliciting any testimony or other evidence making any reference to:

1.      That the area of Southern Avenue in Dorchester has been "plagued with numerous drug and firearm arrests";

2.      That Boston Police Officers Bickerton and Conway have responded to shootings in the area;

3.      That defendant quickly entering and exiting 50 Southern Avenue was consistent with a drug transaction; and

4.      That the police officers were "victims" in this case.

In support of this motion, defendant states the following:

1.      The government charges Mr. Combs Quarles as a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1). The government's case against Mr. Combs Quarles rests on the purported observations of police officers that he was in possession of a firearm.

2. To permit the government to make reference to the area of defendant's arrest as being plagued with numerous drug and firearm arrests and shootings would unfairly prejudice Mr. Combs Quarles by giving the jury the impression that the officers were suspicious of Mr. Combs Quarles involvement in drug and firearm activity before the vehicle in which he was a passenger was stopped.

3. Moreover, permitting the government to elicit testimony that the officers observations of Mr. Combs Quarles at 50 Southern Avenue was somehow consistent with drug activity would allow the jury to draw an unwarranted and prejudicial inference that Mr. Combs Quarles went to 50 Southern Avenue to purchase drugs.

4. Finally, permitting the government to refer to the police officers involved in Mr. Combs Quarles arrest as "victims" would unfairly prejudice the jury into believing that the officers were victims in this case.

WHEREFORE, defendant respectfully request this Honorable Court to prohibit the government from eliciting any testimony or other evidence making any reference to: the area of Southern Avenue in Dorchester as "plagued with numerous drug and firearm arrests; Boston Police Officers Bickerton and Conway prior response to shootings in the area; defendant's behavior at 50 Southern Avenue as consistent with a drug transaction; and referring to the police officers as "victims" in this case.

        Respectfully submitted,
By defendant
Antoin Combs Quarles
By his attorney,


   /s/ Scott P. Lopez
Scott P. Lopez, BBO #549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA 02108
(617) 742-5700

Dated: March 20, 2006

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 20th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE* TO EXCLUDE UNFAIRLY PREJUDICIAL REFERENCES by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184
Sandra.Bower@usdoj.gov


   /s/ Scott P. Lopez
Scott P. Lopez