UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
**UNITED STATES OF AMERICA**           )
                                                )
     v.                                          )      CR. NO.: 05-10237-MLW
                                                )
**ANTOIN COMBS QUARLES**              )
_____)


**DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE*
TO EXCLUDE REFERENCE TO POLICE OFFICERS' ASSIGNMENT**
_____

   The defendant, Antoin Combs Quarles, hereby moves this Court, pursuant to F.R.E. 403 and 404, to prohibit testimony or other evidence that the Boston Police Officers' in this case were assigned to a drug investigation opposite 50 Southern Avenue. The assignments of the arresting officers are irrelevant and highly prejudicial.

   Stating that the officers were conducting a drug investigation has the likely potential of prejudicing the jury into believing that defendant was the subject of the officers' focus because he was involved in drug trafficking. Such "evidence" compels the defendant to meet charges that are not contained in the indictment, which has not been the subject of discovery, confuses his defense, and raises the jury's attention and diverts it from the specific issues directly before it.

   Further, the officers' drug investigation is simply not relevant to any material issue and, second, even if probative of *something*, its probative value is substantially outweighed by the danger of undue prejudice. *See e.g*. United States v. Trenkler, 61 F.3d 45, 52 (1st Cir. 1995).

   WHEREFORE, defendant respectfully requests this Honorable Court to exclude any testimony concerning the officers' assignment to a drug investigation.

                                                Respectfully submitted,
By defendant
Antoin Combs Quarles
By his attorney,


  /s/  Scott P. Lopez
Scott P. Lopez, BBO #549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

Dated:  March 20, 2006


### CERTIFICATE OF SERVICE

    I, Scott P. Lopez, hereby certify that on the 20th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO POLICE OFFICERS' ASSIGNMENT by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov


  /s/  Scott P. Lopez
Scott P. Lopez