UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
                                           )
**UNITED STATES**       )
                                           )
       **v.**                   )         CR. NO.: 05-10237-MLW
                                           )
**ANTOIN COMBS QUARLES**   )
                                           )
_____)

**DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE* TO EXCLUDE FINGERPRINT TESTIMONY OR, ALTERNATIVELY, FOR A *DAUBERT* HEARING**
_____

       Defendant Antoin Combs Quarles, by and through undersigned counsel, hereby moves this Honorable Court to exclude any testimony by the government's alleged fingerprint expert concerning the reasons why, in general, firearms do not yield latent identifiable prints. Specifically, in the government's Supplemental Expert Disclosure, the government alleges that their alleged expert witness, Timothy Sethman, is expected to testify that, in his experience, firearms do not yield a significant percentage of latent identifiable prints for a variety of reasons. In addition, the government's disclosure also alleges that when its alleged expert is confronted with a hypothetical of two people struggling over control of a gun said expert will testify that he would not necessarily expect to be able to obtain an identifiable print in those circumstances. Because this purported evidence does not satisfy the requirements of Fed. R. Evid. 702, and is inadmissible under Fed. R. Evid. 403, defendant submits that this evidence should be excluded, or alternatively, the Court should conduct a *Daubert* hearing to determine its admissibility. A memorandum of law in support of this motion is filed herewith.

Respectfully submitted,
By defendant
Antoin Combs Quarles
By his attorney,


   /s/  Scott P. Lopez
Scott P. Lopez, BBO #549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

Dated:  March 20, 2006


CERTIFICATE OF SERVICE

    I, Scott P. Lopez, hereby certify that on the 20th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' MOTION *IN LIMINE* TO EXCLUDE FINGERPRINT TESTIMONY OR, ALTERNATIVELY, FOR A *DAUBERT* HEARING by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov

                                                 /s/ Scott P. Lopez
                                                Scott P. Lopez