UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** )<br>)<br>v. )<br>)<br>**ANTOIN COMBS QUARLES** )<br>) | CR. NO.: 05-10237-MLW |

**DEFENDANT ANTOIN COMBS QUARLES'
MOTION FOR DAILY TRANSCRIPTS**

The defendant, Antoin Combs Quarles, moves this Court to order that a daily transcript of the trial testimony in the above-named case be made available to him. The defendant states that such transcripts are necessary for, *inter alia*, effective cross-examination and final argument purposes. Allowing this motion is necessary to protect his right to effective counsel and a fair trial.

                Respectfully submitted,
                By defendant
                Antoin Combs Quarles
                By his attorney,


                  /s/  Scott P. Lopez
                Scott P. Lopez, BBO #549556
                Law Office of Scott P. Lopez
                24 School Street, 8th Floor
                Boston, MA  02108
                (617) 742-5700

Dated:  March 20, 2006

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 20th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' MOTION FOR DAILY TRANSCRIPTS by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3184
Sandra.Bower@usdoj.gov


  /s/ Scott P. Lopez
Scott P. Lopez