```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                                          )
                                          )
        v.                  )       CRIM. NO. 05-10237-MLW
                                          )
**ANTOIN QUARLES COMBS**     )

### GOVERNMENT'S OPPOSITION TO MOTION TO EXCLUDE FIO REPORT

The government is in receipt of the defendant's Motion to exclude from evidence an April 24, 2005 Field Observation Report ("FIO") describing an interaction between the defendant and the officers who later arrested the defendant on the charges here. The defendant seeks to exclude that report from evidence.

The government does not presently intend to utilize this report in its case-in-chief. Should the report become relevant (either as a result of cross-examination of the government's witnesses or as a result of any affirmative evidence the defendant chooses to introduce in this case), the government will seek guidance from the Court before referencing the FIO.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

_____      By: /s/ John A. Wortmann, Jr.
                                          JOHN A. WORTMANN, JR.
                                          SANDRA BOWER
                                          Assistant U.S. Attorneys
                                          One Courthouse Way
                                          Boston, MA 02210
                                          (617)748-3207