UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.                                         Crim. No. 05-10237-MLW

**ANTOIN QUARLES COMBS**

_____

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE CRIMINAL RECORD AND/OR ANY OTHER BAD ACT EVIDENCE**

Defense counsel has advised the United States that the defendant will stipulate that he had been convicted of a felony prior to his May 23, 2005 arrest. With that stipulation, the government will not seek to introduce in its case-in-chief the nature of the defendant's prior convictions. Should the defendant testify, however, the government would seek to impeach him with his prior record pursuant to Fed.R.Evid. 609.

The United States anticipates that there will be trial testimony concerning marijuana seized from the defendant and observed in the car in which he was a passenger as well as testimony that the defendant admitted he had marijuana on him. Indeed, it was the defendant's statement that he'd get the "weed" for the officers and his efforts to put his hands at his waist area, ignoring the officers' commands, that eventually culminated in the violent struggle over the gun. It is the government's position that the marijuana evidence is part and parcel of the crime, is inextricably entwined with the facts of the case, and

is not impermissible propensity evidence under Fed.R.Evid. 404(b).  See <u>United States v. Taylor</u>, 284 F.3d 95, 101 & 102 (1st Cir. 2002)(upholding admission of tape recording of drug transaction which contained reference to earlier transaction and testimony that defendant had a gun during drug transaction as "part and parcel" of the crime itself); <u>United States v. Ladd</u>, 885 F.2d 954, 958 (1st Cir. 1989)(evidence of companion's death after "night of revelry"  in heroin distribution case upheld as part of a "chain of events forming the context... and set-up of the crime")(citations omitted).

                  Respectfully submitted,

                  MICHAEL J. SULLIVAN
                  United States Attorney

By: <u>/s/Sandra S. Bower</u>
    SANDRA S. BOWER
    JOHN A. WORTMANN, Jr.
    Assistant United States Attorneys
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3184

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 22, 2006.

                  <u>/s/ Sandra S. Bower</u>
                  SANDRA S. BOWER
                  Assistant U.S. Attorney