UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>ANTOIN QUARLES COMBS )  | CR. NO.  05-10237-MLW |

**DEFENDANT ANTOIN COMBS QUARLES' WITNESS LIST**

Now comes defendant, Antoin Combs Quarles, and respectfully submits that, in addition to his testimony, he may call the following list of witnesses for trial in the above-referenced matter:

1. Tanesha Montgomery
   15 Belair Street, Apt. 14
   Brockton, MA

2. Samia Hicks
   19 Park Street
   Brockton, MA

3. Emily Howard
   Emergency Medical Services
   767 Albany Street
   Boston, MA 02118

4. Tanya Perez
   Emergency Medical Services
   767 Albany Street
   Boston, MA 02118

5. Keeper of Records for
   Caritas Carney Hospital
   2100 Dorchester Avenue
   Dorchester, MA 02124-5666

6. Keeper of Records
   Boston Police Department
   One Schroeder Plaza
   Boston, MA 02120

7. Detective Timothy Sethman
   Westmoreland County Detective Bureau Forensic Unit
   Donohoe Road
   Greensburg, PA  15601

8. Ron Smith
   Ron Smith and Associates
   2119 Highway 19 North
   Meridian, Mississippi  39307

9. Glen J. Sickorez, MD
   Caritas Carney Hospital
   2100 Dorchester Avenue
   Dorchester, MA  02124-5666

The defendant states, by and through undersigned counsel, that he makes no representation that he intends to call each and every witness listed above. This list also does not include witnesses that may become necessary based on the government's introduction of evidence or its failure to introduce evidence in its case in chief. Accordingly, defendant expressly reserves the right to amend his witness list before the commencement of trial or during trial. Of course, defendant will notify counsel for the government immediately if any such additions or amendments are necessary.

> Respectfully submitted
> By Defendant,
> ANTOIN QUARLES COMBS
> By his attorneys
>
> _____
> Scott P. Lopez
> Law Office of Scott P. Lopez
> 24 School Street, 8th Floor
> Boston, MA  02108
> (617) 742-5700

2

CERTIFICATE OF SERVICE

    I, Scott P. Lopez, hereby certify that on the 22nd day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' WITNESS LIST by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov