UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**UNITED STATES OF AMERICA**          )
                                                    )
       v.                                          )     CR. NO. 05-10237-MLW
                                                    )
**ANTOIN QUARLES COMBS**              )
_____)

### DEFENDANT ANTOIN COMBS QUARLES' LIST OF TRIAL EXHIBITS

Defendant Antoin Combs Quarles, by and through undersigned counsel, hereby submits the following list of prospective trial exhibits. If defendant subsequently decides to offer any additional exhibits, it will promptly notify the government.

| ID | Exhibit | Exhibit Number |
|----|---------|----------------|
| 1. | Certified Records of Caritas Carney Hospital | |
| 2. | Booking Photo of Antoine Combs-Quarles | |

The defendant states, by and through undersigned counsel, that the above list does not include exhibits that may become necessary based on the government's introduction of evidence or its failure to introduce evidence in its case in chief. Accordingly, defendant expressly reserves the right to amend this exhibit list before the commencement of trial or during trial. Of course, defendant will notify counsel for the government immediately if any such additions or amendments are necessary.

        Respectfully submitted
        By Defendant,
        ANTOIN QUARLES COMBS
        By his attorneys

        _____
        Scott P. Lopez
        Law Office of Scott P. Lopez
        24 School Street, 8th Floor
        Boston, MA  02108
        (617) 742-5700

## CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 22nd day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' EXHIBIT LIST by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov