```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
         v.                 )        CRIM. NO. 05-10237-MLW
                            )
ANTOIN QUARLES COMBS        )
```

### SUPPLEMENTAL SUBMISSION RE: GOVERNMENT'S MOTION IN LIMINE REGARDING STATEMENTS OF DEFENDANT

Although the defendant has not yet responded to this motion, it seems clear that a principal defense theory will be that the police officers planted the firearm on the defendant at some point during the May 23 car stop and that he has been framed for the offense with which he is charged.

That theory means at least two things for this motion. First it makes the reason for the defendant's rage after the gun was found (as set forth in the original motion, the defendant screamed that he was going to shoot the officers) critical. Faced solely with the fact that the defendant was yelling and threatening the police officers after the gun was found, a juror might conclude that he reacted so angrily because the gun had been planted on him and they that the defense theory has some credence. Were that same juror also allowed to hear that the defendant actually explained the reason for his anger (that he didn't want to go back to jail) the equation becomes far, far different. This only reinforces that the government should be allowed to introduce the statements at issue in the course of the

police officers' direct testimony.

The likelihood of a "plant defense" also means that other statements the defendant made should come into evidence for the same reason. A copy of the police report in this matter is attached. In addition to the statements highlighted in the original motion, it indicates that the defendant also stated, "I'm going to shoot y'all" and "Shoot me, I ain't got shit to live for." Because these statements (as opposed to any supporting the "plant defense" that the defendant appears to be preparing in this case) show that the defendant's reaction was based on a desire not to go back to jail, the statements are admissible and should be allowed to go before the jury.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

_____        By:  /s/ John A. Wortmann, Jr._
                                                JOHN A. WORTMANN, JR.
                                                SANDRA BOWER
                                                Assistant U.S. Attorneys
                                                One Courthouse Way
                                                Boston, MA 02210
                                                (617)748-3207

# BOSTON POLICE
# INCIDENT REPORT

ORIGINAL ☒   SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO | REPORT DIST | CLEARANCE DIST |
|---|---|---|---|---|
| DRUGS | | 050263125 | C11 | |
| TYPE OF INCIDENT | CRIME CODE | STATUS | DATE OF OCCUR. | |
| FIREARM, CARRYING | 0 | | A.05/23/05 | B. |
| LOCATION OF INCIDENT | | APT   DISPATCH TIME | TIME OF OCCUR. | |
| SOUTHERN AV, MILLET ST | | 02:30 AM | A.02:30 AM | B. |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| PO BICKERTON, DEAN | (617)-343-4700 | | MALE | WHITE NON-HISPANIC | N/A |
| ADDRESS | APT | OCCUPATION | | AGE | D.O.B. |
| 1165 BLUE HILL AVE, DORCHESTER, MA, 02124-0000 | | POLICE OFFICER | | 0 | |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| PO CONWAY, JOHN | (617)-343-4700 | | MALE | WHITE NON-HISPANIC | N/A |
| ADDRESS | APT | OCCUPATION | | AGE | D.O.B. |
| 1165 BLUE HILL AVE, DORCHESTER, MA, 02124-0000 | | POLICE OFFICER | | 0 | |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| PO SERRA, TONY | (000)-000-0000 | | MALE | WHITE NON-HISPANIC | N/A |
| ADDRESS | APT | OCCUPATION | | AGE | D.O.B. |
| 40 GIBSON ST, DORCHESTER, MA, 00000-0000 | | POLICE OFFICER | | 0 | |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|---|
| PO ROSS, CHRIS | | | MALE | WHITE NON-HISPANIC | N/A |
| ADDRESS | APT | OCCUPATION | | AGE | D.O.B. |
| 40 GIBSON ST, DORCHESTER, MA, 00000-0000 | | POLICE OFFICER | | 0 | |

| PERSON REPORTING | ADDRESS | APT | PHONE |
|---|---|---|---|
| PO BICKERTON / CONWAY | 1165 BLUE HILL AVE, DORCHESTER, MA, 02124-0000 | | (617)-343-4700 |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT | HOME ADDRESS | APT | TELEPHONE | | |
|---|---|---|---|---|---|---|---|---|
| PO ROSS | 0 | ON-SCENE | | C-11, MA, | | | RES | BUS |
| PO SERRA | 0 | ON-SCENE | | C-11, MA, | | | RES | BUS |
| PO GRACIA | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO ST. PETER | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO FLYNN | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO DOTTIN | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO COLEMAN | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO RESH | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO MYERS | 0 | ON-SCENE | | HQ, MA, | | | RES | BUS |
| PO CAISEY | 0 | ON-SCENE | | B-2, MA, | | | RES | BUS |
| SGT CONROY | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO GARCIA | 0 | ON-SCENE | | B-3, MA, | | | RES | BUS |
| PO SKEEN | 0 | ON-SCENE | | C-11, MA, | | | RES | BUS |
| PO RILEY | 0 | ON-SCENE | | C-11, MA, | | | RES | BUS |
| SGT DALRYMPLE | 0 | ON-SCENE | | C-11, MA, | | | RES | BUS |
| PO COYNE | 0 | ON-SCENE | | C-11, MA, | | | RES | BUS |

NUMBER OF PERPETRATORS: 3 -- CAN SUSPECT BE IDENTIFIED AT THIS TIME

| STATUS | NAME (LAST, FIRST, MI) | S & NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| PER ARRESTED | COMBS-QUARLES, ANTIONE | 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 | 20050151803 | | |
| WARRANT NO. | ADDRESS | SEX | RACE | AGE HEIGHT DOB | |

P.03
MAY-24-2005 00:25

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PERSONS | 10 HABOR POINT BLVD BL,DORCHESTER,MA,02125-0000 | | MALE | BLACK NON-HISPANIC | 31 | 6-04 | 4/18/1974 |
| | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | WEIGHT 215 | BUILD MEDIUM | | HAIR BLACK | | EYES BROWN |

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| SUMMONS | MONTGOMERY,TANESHA | | | | |
| WARRANT NO. | ADDRESS 15 BELAIR ST,BROCKTON,MA,02301-0000 | SEX FEMALE | RACE BLACK NON-HISPANIC | AGE 28 | HEIGHT 5-04 | DOB 1/31/1977 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) BLUE JEANS,BLUE SHIRT | | WEIGHT 210 | BUILD FAT | HAIR BLACK | EYES BROWN |

| STATUS | NAME (LAST, FIRST, MI) | S.S NO | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| N/A | HICKS,SOMIA | 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 | 000000000 | | |
| WARRANT NO. | ADDRESS 22 GROVE ST,BROCKTON,MA,02134-0000 | SEX FEMALE | RACE BLACK NON-HISPANIC | AGE 33 | HEIGHT 5-02 | DOB 10/27/1971 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | WEIGHT | BUILD MEDIUM | HAIR BLACK | EYES BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| TOWED SUSPECT VEHICLE | MA | 41CL49 | PAN | 2006 | MOUNTAINEER |
| VEHICLE MAKE YEAR MERCURY - 1998 | VEHICLE NO. 4M2ZU55P9WUJ49629 | | STYLE UTILITY | COLOR(TOP-BOTTOM) BLACK - BLACK | |
| OPERATOR'S NAME MONTGOMERY, TANESHA | | LICENSE NO. UNK | STATE MA | OPERATOR'S ADDRESS 15 BELAIR ST,BROCKTON,MA,02301-0000 | |
| OWNER'S NAME SAME | | | OWNERS'S ADDRESS | | |

CAN PROPERTY BE IDENTIFIED

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| RECOVERED SEIZED TURNED IN AS EVIDENCE | FIREARMS | 83713 | SMITH & WESSON - HANDGUN | .38 SPL | | |
| RECOVERED SEIZED TURNED IN AS EVIDENCE | AMMUNITION | .38 SPL | R & P - AMMUNITION | .38 SPL (5 RDS) | | |
| RECOVERED SEIZED TURNED IN AS EVIDENCE | DRUG / NARCOTICS | | MARIJUANA - MARIJUANA | 3 P/B | | |
| RECOVERED SEIZED TURNED IN AS EVIDENCE | DRUG / NARCOTICS | 93-3109 | UNK - PILLS | 4 PILLS | | |

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY |
|---|---|---|---|
| HANDGUN | COMMERCIAL & RESIDENTIAL | N/A | N/A |
| WEATHER CLOUDY | LIGHTING ARTIFICIAL | TRANSPORTATION OF SUSPECT CAR | VICTIM'S ACTIVITY DRUG INVEST |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR SEE NARRATIVE | | | RELATIONSHIP TO VICTIM NONE |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

BLOCK NARRATIVE AND ADDITIONAL INFORMATION
NO
ABOUT 0230; ON MONDAY MAY 23, 2005 OFFICERS BICKERTON AND CONWAY ASSIGNED THE CK01A UNIT WERE CONDUCTING A DRUG INVESTIGATION OPPOSITE 50 SOUTHERN AVE. THIS AREA HAS BEEN PLAGUED WITH NUMEROUS DRUG AND FIREARM ARRESTS AND THESE OFFICERS HAVE RESPONDED TO SHOOTINGS IN THIS AREA. THE OFFICERS OBSERVED A BLACK MERCURY MOUNTAINEER BEARING MA REG 41CL49 OPPOSITE 50 SOUTHERN AVE. THE OFFICERS OBSERVING FROM A DISTANCE THE M/V STOP AND A RIGHT REAR PASSENGER EXIT THE M/V GO TO THE FRONT DOOR OF THE HOUSE THEN QUICKLY RE-ENTER THE RIGHT REAR PASSENGER SEAT OF THE M/V THE OFFICERS OBSERVED THE M/V MAKE A QUICK RIGHT ONTO MILLET ST. THE OFFICERS ATTEMPTED TO CATCH UP TO THE M/V BUT LOST IT ON WASHINGTON ST. THE OFFICERS CHECKING THE AREA OF WASHINGTON ST OBSERVED THE M/V NOW ON ASHMONT ST. THE OFFICERS MADE THE LEFT ONTO ASHMONT ST WHEN THE SUSPECT M/V AGAIN BEGAN MAKING TURNS OFF OF ASHMONT ST AND AGAIN THE OFFICERS LOST SIGHT OF THE M/V. AS THE OFFICERS APPROACHED DORCHESTER AVE AND ASHMONT ST THE M/V AGAIN RE-APPEARED IN FRONT OF THE OFFICERS. THE OFFICERS QUERY OF THE MA REG REVEALED THAT THE SUSPECT M/V WAS REVOKED/INSURANCE PURPOSES, STATUS DATE 5/14/05. THE OFFICERS ACTIVATED THEIR EMERGENCY LIGHTS AND SIREN AND CONDUCTED A

TRAFFIC STOP AT THAT LOCATION. THE OFFICERS REQUESTED THE OPERATOR, TANESHA MONTGOMERY, LICENSE AND REGISTRATION, MS MONTGOMERY SUPPLIED THE REG BUT STATED SHE DID NOT HAVE HER LIC ON HER PERSON. THE OFFICERS OBTAINED ALL THREE OCCUPANTS INFORMATION DUE TO NONE OF THE OCCUPANTS WEARING ANY SEATBELTS (C90-13A). AS THE OFFICERS WERE SPEAKING TO THE OCCUPANTS THEY COULD DISTINCTLY SMELL MARIJUANA FROM WITHIN THE M/V. PO BICKERTON REALIZING THAT THE M/V WAS REVOKED HAD MS. MONTGOMERY EXIT THE M/V DUE TO THE M/V GOING TO BE TOWED FOR ITS REVOKED STATUS. AS MS MONTGOMERY STEPPED FROM THE M/V OFFICERS COULD SEE A "BLUNT" AND MARIJUANA SHAVINGS ON THE FLOOR BOARD OF THE M/V. PO CONWAY BEGAN SPEAKING WITH MS. MONTGOMERY AND ASKED HER WHY SHE WAS ON SOUTHERN AVE AT THAT HOUSE. MS. MONTGOMERY STATED TO PO CONWAY, "I DON'T KNOW WHO THAT GUY IS, HE'S A FRIEND OF MY FRIEND (FRONT SEAT PASSENGER, SAMIA HICKS) HE JUST ASKED ME TO STOP BY THAT HOUSE ON THE WAY HOME" AND "I DON'T KNOW WHAT HE DID, HE JUST RAN IN THEN BACK OUT". DUE TO THE OFFICERS PRIOR OBSERVATIONS, DRUG ARRESTS, SMELL OF MARIJUANA AND ITS REVOKED STATUS THE OCCUPANTS WERE REMOVED FROM THE M/V. AS THE REAR SEAT PASSENGER/SUSPECT, ANTOINE COMBS, EXITED THE M/V HE STATED TO THE OFFICERS "I GOT SOME WEED ON ME, LET ME GET IT". PO BICKERTON OBSERVED THE SUSPECT (COMBS) IMMEDIATELY REACH FOR HIS WAIST AREA. PO BICKERTON REMOVED HIS HANDS FROM THE WAIST AREA AND OBSERVED THE SUSPECT (COMBS) TO NOW BE SWEATING, SHAKING AND MOVING FROM LEFT TO RIGHT. PO BICKERTON REALIZING THAT THIS SUSPECT (COMBS) WAS EXTREMELY NERVOUS AND CONTINUED TO REFUSE PO BICKERTON ORDERS TO STAY WITHIN THE REAR SEAT PASSENGER DOOR FRAME. THE SUSPECT (COMBS) AFTER BEING TOLD TO STAY THERE DUE TO HIS OWN ADMISSION OF HAVING MARIJUANA ON HIS PERSON CONTINUED TO REFUSE THE ORDERS OF THE OFFICERS. AS PO BICKERTON WENT TO RETRIEVE THE MARIJUANA, THE OFFICER REACHED FOR THE SUSPECT (COMBS) BLACK HOODIE POCKET. PO BICKERTON AND CONWAY OBSERVED A SILVER COLORED FIREARM WITH BLACK TAPE ON THE HANDLE PROTRUDING FROM THE SUSPECT (COMBS) WAIST. PO BICKERTON ANNOUNCED THE PRESENCE OF THE FIREARM TO PO CONWAY AND ATTEMPTED TO RETRIEVE IT FROM THE SUSPECT (COMBS) WAIST WHEN THE SUSPECT (COMBS) IMMEDIATELY RETRIEVED THE FIREARM WITH HIS LEFT HAND. THE SUSPECT (COMBS) RAISED THE FIREARM IN HIS LEFT HAND AND IN THE DIRECTION OF THE OFFICERS. PO BICKERTON IMMEDIATELY LUNGED ONTO THE FIREARM WITH BOTH HANDS ON IT AND A VIOLENT STRUGGLE ENSUED. THE OFFICERS ENGAGED SUSPECT (COMBS) WHILE STANDING WITHIN THE REAR RIGHT DOOR FRAME WHILE STANDING AND AGAINST THE M/V. AS THE OFFICERS FOUGHT WITH THE SUSPECT (COMBS) MS. MONTGOMERY RAN ACROSS THE STREET AND MS HICKS LAID DOWN ON THE FRONT SEAT. THE SUSPECT (COMBS) WITH FIREARM IN THE LEFT HAND BEGAN YELLING AT THE OFFICERS "I'M GOING TO SHOOT YOU MOTHER FUCKERS", "I AIN'T GOING BACK TO JAIL, YOU'LL ARE GOING TO HAVE TO KILL ME", "GO AHEAD SHOOT ME, KILL ME". PO BICKERTON WITH BOTH HANDS CLUTCHED ON THE FIREARM WAS UNABLE TO CALL FOR HELP IN FEAR THAT THE SUSPECT (COMBS) WHO HAD STATED THAT HE WAS GOING TO SHOOT US, WOULD SHOOT IF THE OFFICER LET HIS HAND GO. PO CONWAY WAS FORCED TO WITHDRAW HIS DEPT ISSUE FIREARM FEARFUL THAT THIS VIOLENT STRUGGLE WOULD NOT END AND THE REPEATED STATEMENTS OF THE SUSPECT (COMBS) "TO SHOOT THE OFFICERS". PO CONWAY SCREAMED OVER HIS DEPT ISSUE RADIO SEVERAL TIMES FOR HELP AND THAT THIS ARMED SUSPECT (COMBS) WAS FIGHTING THE OFFICERS WITH THE FIREARM IN HAND. THE STRUGGLE NOW LASTING FOR AN EXTENDED PERIOD OF TIME AND THE OFFICERS TIRING AS THE ARMED SUSPECT (COMBS) CONTINUED TO FIGHT WITH THE FIREARM. PO CONWAY FEARING THAT DISENGAGING THE SUSPECT WOULD RESULT IN THE SUSPECT (COMBS) SHOOTING THE OFFICERS OR OTHER BYSTANDERS WAS FORCED TO STRIKE THE SUSPECT (COMBS) WITH THE BUTT END OF HIS DEPT ISSUE FIREARM ON TOP OF THE HEAD. THIS ACTION BY PO CONWAY DID NOT HAVE ANY EFFECT ON THE SUSPECT (COMBS) WHO CONTINUED TO FIGHT STILL ARMED WITH THE FIREARM. PO CONWAY WAS FORCED TO REPEAT THIS ACTION 2-3 TIMES IN AN EFFORT TO GET THE SUSPECT (COMBS) TO DROP THE FIREARM, WHICH STILL HAD NO EFFECT ON THE SUSPECT (COMBS). THE SUSPECT (COMBS) STILL NOT SURRENDERING CONTINUED TO YELL AT THE OFFICERS, "I'M GOING TO SHOOT YALL" AND "SHOOT ME, I AIN'T GOT SHIT TO LIVE FOR". THE OFFICERS STILL ENGAGED IN THE FIGHT WHILE STANDING WITH THE SUSPECT (COMBS) WERE NOW JOINED BY THE HK01A (SERRA, ROSS) WHO ASSISTED IN TAKING HIM TO THE GROUND. ONCE ON THE GROUND THE SUSPECT (COMBS) STILL FOUGHT ALL FOUR OFFICERS. AFTER A BRIEF STRUGGLE ON THE GROUND PO BICKERTON WAS ABLE TO REMOVE THE FIREARM FROM HIS HAND AND MAKE IT SAFE. THE FIREARM WAS A .38 CALIBRE SMITH & WESSON (SER #83713) AND WAS FULLY LOADED AND CONTAINED 5 LIVE ROUNDS OF .38 CALIBRE AMMUNITION. THE SUSPECT (COMBS) WAS EVENTUALLY CUFFED BY PO CONWAY. PO'S SERRA AND ROSS RECOVERED A CLEAR PLASTIC BAG CONTAINING A GREEN LEAFY SUBSTANCE BELIEVED TO BE MARIJUANA AND TWO YELLOWISH PILLS FROM THE SUSPECTS PANTS POCKET. THE SUSPECT (COMBS) WAS IMMEDIATELY PLACED INTO THE C202A (MYERS, CAISEY) AND TRANSPORTED TO B-3 SO THAT EMS COULD EVALUATE INJURIES RECEIVED. THE OTHER OCCUPANTS WERE ISSUED CITATIONS AND RELEASED AND THE M/V WAS TOWED. DURING THE STRUGGLE PO BICKERTON RECEIVED INJURIES TO THE LEFT SIDE OF THE JAW (BLEEDING), BACK, LEFT SHOULDER AND FINGER NAILS WERE BLEEDING. PO BICKERTON IN FEAR OF ANYONE BEING SHOT PLACED SUCH A TIGHT GRASP ON THE FIREARM THAT IT CAUSED HIS NAILS TO BLEED. PO CONWAY RECEIVED INJURIES TO HIS RIGHT HAND. BOTH OFFICERS WILL SEEK TREATMENT ON THEIR OWN FOR THE INJURIES IF THE PAIN PERSISTS. PO ROSS DROPPED HIS DEPT ISSUE RADIO IN THE STRUGGLE WHICH RESULTED IN IT BEING BROKEN (RADIO #5372). THE SUSPECT (COMBS) WAS TRANSPORTED TO THE CARNEY HOSPITAL BY A-3 FOR INJURIES TO THE HEAD AND GUARDED BY THE C202A. THE SUSPECT WAS TREATED WITH STAPLES TO THE HEAD AND RELEASED. WHILE AT THE HOSPITAL PO'S CAISEY AND MYERS OBSERVED TWO ADDITIONAL CLEAR PLASTIC BAGS CONTAINING A GREEN LEAFY SUBSTANCE BELIEVED TO BE MARIJUANA DROP FROM THE SUSPECT (COMBS) PANTS POCKETS. THE SUSPECT (COMBS) WAS THEN TRANSPORTED BACK TO B-3 BY THE C202A AND BOOKED. PO CAISEY READ THE SUSPECT (COMBS) HIS MIRANDA RIGHTS, HE UNDERSTANDS. THE SUSPECT (COMBS) MONEY AND CELL PHONE WERE SEIZED. DURING THE BOOKING IT WAS REVEALED THAT THE SUSPECT (COMBS) HAS TWO PRIOR FIREARM CONVICTIONS (DCKT #9107JC0290A, DCKT #9107CR7967A) AND PRIOR DRUG MANUFACTURING CONVICTION (DCKT #9607CR3289B) AND WILL BE CHARGED WITH SUBSEQUENT OFFENSES. ALSO DURING BOOKING PO CAISEY RECOVERED A FOLDED $20 USC BILL AND TWO ADDITIONAL YELLOWISH PILLS FROM THE SUSPECT (COMBS) RIGHT COAT POCKET. ALL THE SUSPECT (COMBS) MONEY WAS FOLDED INDIVIDUALLY, $60 (3 $20 BILLS) TOTAL WAS SEIZED FROM THE SUSPECT (COMBS) AND A NEXTEL I730 CELL PHONE. THE SUSPECT (COMBS) CHARGED WITH POSS FIREARM, POSS AMMO, ADW (FIREARM) PO, THREATS TO KILL PO, AB PO (X4), RESISTING ARREST, POSS CL-D, POSS W/INT CL-D, POSS CL-E, AND POSS CL-E W/INT. THE DRUGS LOGGED INTO BOOK #47 PAGE#009 AND WILL BE DEPOSITED INTO THE DRUG SAFE. THE $60 SEIZED, SEIZED MONEY FORM COMPLETED, DUTY SUPERVISOR NOTIFIED, AND WILL BE DEPOSITED INTO HQ SEIZED MONEY SAFE. MS. MONTGOMERY ISSUED MA UNIFORM CITATION # M2398803 FOR C90-34J OP UNINSURED M/V, C90-09 OP

UNREG M/V AND C90-13A SEAT BELT VIOL AND SUMMONSED. MS. HICKS ISSUED MA UNIFORM CITATION # M2398802 FOR C90-13A SEAT BELT VIOL. THE SUSPECT (COMBS) ISSUED MA UNIFORM CITATION # M2398801 FOR C90-13A SEAT BELT VIOL AND C94C-32C POSS W/INT CL-D. THE FIREARM AND AMMO LOGGED INTO FIREARM BOOK AND WILL BE SECURED BY THE DUTY SUPERVISOR. THE M/V TOWED BY JANS, TAG #5274, PLATES REMOVED, TOW LINE NOTIFIED AND MINOR DAMAGE NOTED TO M/V. CHECK OF THE FIREARMS DATA BASE REVEALED THE SUSPECT DID NOT HAVE A LICENSE TO CARRY A FIREARM. NUMEROUS UNITS RESPONDED FROM DIST 11, AND DIST 3, THEY ARE LISTED IN THE WITNESS FIELD. ADA FRANK NOTIFIED AND FAXED COPY OF REPORT.

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| CK01A | 1 | DEAN _ BICKERTON | | 86199 | 86128 | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | | | TELETYPE NO |
|---|---|---|---|---|---|---|
| 05/23/05 | | | | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY. SUP. ID |
|---|---|---|---|---|---|
| 03:54 AM | | | JOHN D MCDONOUGH | | 9030 |