UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.                                             Crim. No. 05-10237-MLW

**ANTOIN QUARLES COMBS**

_____

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
## FOR EXCULPATORY EVIDENCE

The defendant has asked the Court to require the government to produce the results of any proficiency tests taken by Boston Police Detective Tyrone Camper of the Firearms Unit. The government has obtained the results of two proficiency tests taken, and passed, by Detective Camper in 2003 and 2005. Both tests involved making comparisons of "questioned" expended cartridge cases or expended bullets with "known" ones and determining whether they had been fired from the same weapon. The undersigned has reviewed both tests and represents to the Court that Detective Camper correctly identified each of the suspect cartridge cases or bullets that had been fired by the same firearm. That is, he passed both tests.

The government objects to producing the test results to the defendant because they are irrelevant to any issue in this case. Detective Camper is expected to testify simply that he successfully test-fired the gun seized from the defendant and that the five cartridges from the gun are, in fact, ammunition. He made no comparisons of spent bullets in an effort to determine

whether they were fired from a "suspect" firearm.  Even had he failed these tests, which he did not, his proficiency at identifying whether a bullet came from a particular firearm would have no bearing on whether he can perform the rather mechanical task of test-firing a gun or whether he can accurately identify the component parts of ammunition.

      Of course, the government will provide the results to the Court for an *in camera* review if the Court wishes to do so.

                               Respectfully submitted,

                               MICHAEL J. SULLIVAN
                               United States Attorney

                   By: /s/Sandra S. Bower
                       SANDRA S. BOWER
                       JOHN A. WORTMANN, Jr.
                       Assistant United States Attorneys
                       1 Courthouse Way, Suite 9200
                       Boston, MA 02210
                       (617) 748-3184

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 23, 2006.

                               /s/ Sandra S. Bower
                               SANDRA S. BOWER
                               Assistant U.S. Attorney