UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**v.**                                               Crim. No. 05-10237-MLW

**ANTOIN QUARLES COMBS**

_____

STIPULATION

The United States and the defendant hereby stipulate and agree that, prior to May 23, 2005, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Sandra S. Bower
    SANDRA S. BOWER
    JOHN A. WORTMANN, Jr.
    Assistant United States Attorneys
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3184

/s/ Sandra S. Bower for
SCOTT P. LOPEZ
24 School Street
Boston, MA 02108
Attorney for Defendant Combs