UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | **CR. NO.: 05-10237-MLW** |
| ) | |
| **ANTOIN COMBS QUARLES** ) | |

**DEFENDANT ANTOIN COMBS QUARLES' OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* REGARDING FIREARM SHIPMENT RECORDS**
_____

Defendant Antoin Combs Quarles hereby opposes the government's motion *in limine* regarding firearm shipment records to the extent it implies without stating that the records attached to its motion can be admitted without a witness to establish the foundation required by the rules cited. In support of this opposition Mr. Combs Quarles states, by and through his attorney, the following:

1. The government charges Mr. Combs Quarles as a felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1). The Government's case against Mr. Combs Quarles rests solely on the purported observations of police officers that he was in possession of a firearm. Indeed, there is no other evidence besides the officers' purported testimony that links Mr. Combs Quarles to the firearm that was allegedly in his possession. If convicted, Mr. Combs Quarles will presumably be facing a mandatory minimum sentence of fifteen years in prison.

2. Notwithstanding the above-referenced consequences, the government's motion seems to imply, without expressly stating, that the cases cited support its position that the records attached to its motion support the admission of said records without live testimony from a witness. Indeed, in the first paragraph of the government's motion, the government states that

"because resolution of the motion may obviate the need for the government to arrange for and inconvenience a number of out-of-court witnesses, the government requests that its motion in limine be allowed. "

3.     However, even a cursory review of the cases cited by the government indicate that live testimony is necessary to lay the foundation for admissibility. For example, in *United States v. Albert*, 773 F.2d 386, 388 (1st Cir. 1985), an FDIC certificate of insurance was admitted into evidence after the bank's auditor identified the exhibit as being a certified copy of the bank's FDIC certificate and testified that he had first-hand knowledge that the bank was federally insured.

4.     Similarly, in *Phoenix Associates III v. Stone*, 60 F.3d 95, 101 (2d Cir. 1995), the second case cited by the government, the records admitted were based on the testimony of an accountant for one of the parties who was personally familiar with the business practices of the records admitted.

5.     Finally, in *Columbia First Bank, FSB v. United States*, 58 Fed. Cl. 333, (2003), the authenticity of the documents at issue was established by presumption through a Master Stipulation and the documents at issue had not yet been offered into evidence. Accordingly, the "the appearance or inference of personal knowledge had not been examined by the court." *Id. supra* at 337. Indeed, the Court specifically reserved plaintiff's ability to contest the admission of documents on that basis at trial. *Id*.

In sum, none of the cases cited by the government supports its position that the documents can be admitted without live testimony from witnesses. Rather, the cases cited support defendant's position that live testimony is necessary. Accordingly, the government's motion should be denied.

>Respectfully submitted,
>By defendant
>Antoin Combs Quarles
>By his attorney,
>
>
>  /s/  Scott P. Lopez
>Scott P. Lopez, BBO #549556
>Law Office of Scott P. Lopez
>24 School Street, 8th Floor
>Boston, MA  02108
>(617) 742-5700

Dated:  March 24, 2006

## CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 24th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* REGARDING FIREARM SHIPMENT RECORDS by electronic mail on the following counsel of record at the following address:

>Sandra S. Bower
>Assistant United States Attorney
>United States Attorney Office
>One Courthouse Way, Suite 9200
>Boston, MA  02210
>617-748-3184
>Sandra.Bower@usdoj.gov

>  /s/ Scott P. Lopez
>Scott P. Lopez