UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES**   )<br>)<br>v.   )<br>)<br>**ANTOIN COMBS QUARLES**   )<br>) | CR. NO.: 05-10237-MLW |

**DEFENDANT ANTOIN COMBS QUARLES' RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* REGARDING PHYSICAL DEMONSTRATION BY DEFENDANT**
___

Defendant Antoin Combs Quarles hereby responds to the government's motion *in limine* regarding a physical demonstration by defendant, by and through his attorney, as follows:

1. Defendant has no objection to defendant briefly standing up behind defense counsel's table so long as defendant's leg irons are removed during trial.

2. Moreover, defendant has no objection to switching tables with the prosecution during the trial so defendant will be closer to the jury box.

3. However, defendant does object to making the defendant stand "in front of the jury box" as requested by the government because his custody status will be revealed, notwithstanding the best efforts of the Court and the United States' Marshall's Office. Indeed, unless defendant's legs irons are removed during trial, it is likely that defendant's custody status will become apparent at some point during trial.

Accordingly, the government's motion should be denied unless defendant is permitted to remain behind defendant's counsel table during said demonstration.

        Respectfully submitted,
By defendant
Antoin Combs Quarles
By his attorney,


  /s/  Scott P. Lopez
Scott P. Lopez, BBO #549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

Dated:  March 24, 2006

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 24th day of March, 2006, I served the within DEFENDANT ANTOIN COMBS QUARLES' RESPONSE TO GOVERNMENT'S MOTION *IN LIMINE* REGARDING PHYSICAL DEMONSTRATION BY DEFENDANT by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov

  /s/ Scott P. Lopez
Scott P. Lopez