```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                                         )
                                         )
        v.                        )         CRIM. NO. 05-10237-MLW
                                         )
**ANTOIN QUARLES COMBS**      )

### GOVERNMENT'S SUBMISSION OF FINAL TRANSCRIPTS OF LIMITED EXCERPTS OF BOSTON POLICE DEPARTMENT TURRET TAPES

The government has moved in limine for an order allowing it to introduce into evidence and play to the jury certain portions of the Boston Police Department turret tapes from May 23, 2005. [Docket No.17]. Along with that motion, the government attached draft transcripts which had not been specifically reviewed by the officers. That review has been completed. Attached here are the final versions of the transcripts of the two excerpts, marked for identification at trial as Exhibits B and C.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                   By:    /S/ Sandra S. Bower
                          JOHN A. WORTMANN, JR.
                          SANDRA S. BOWER
                          Assistant U.S. Attorneys
                          One Courthouse Way
                          Boston, MA 02210
                          (617)748-3184

<u>Certificate of Service</u>

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 24, 2006.

            <u>/s/ Sandra S. Bower</u>
            SANDRA S. BOWER
            Assistant U.S. Attorney

United States v. Antoin Quarles Combs

DISPATCH: You have it under control there?

COYNE: District 11 cars, we're calling it off Ma'am

BICKERTON: It started on Southern Ave. We followed this .... over here by Store 24. He got hold of a gun and went at it with me and my partner ...saying he was going to kill us

DISPATCH: Okay, you got him at Southern Ave. Do you have a description?

BICKERTON: We got him in custody. We got him in custody.

DISPATCH: You have him in custody. Very good. You have him in custody.

UNIDENTIFIED: Where they at now?

BICKERTON: Charlie K one.... we need a tow to this location

DISPATCH: Do you want him at Southern Ave or do you want him at the Store 24?

BICKERTON: No, we followed him from Southern Ave, we're at Ashmont and Dot Ave 41 Charley Lima 49

DISPATCH: 41 Charlie Lima 49 at Ashmont?


EXHIBIT B

United States v. Antoin Quarles Combs

| | |
|---|---|
| CONWAY: | K1 |
| DISPATCH: | UI |
| CONWAY: | We're at, ah, Dorchester Ave, Store 24 we got a male with a firearm |
| DISPATCH: | Dorchester Ave which ah, Store 24 is it? |
| CONWAY: | Right at Ashmont Station |
| DISPATCH: | Charlie P.S.? |
| SGT. CONROY: | Charlie 910 |
| DISPATCH: | You got that Sarge they, got... |
| CONWAY: | SEND THAT UNITS NOW! |
| DISPATCH: | Any units over that way Store 24 Dorchester Ave. |
| UNIDENTIFIED: | 421 en route |
| DISPATCH: | 21 got it...... |
| DISPATCH: | You guys okay?.....everybody's heading down that way.... we got Harry unit heading there en route |

JDC
3.24.06

EXHIBIT
C