UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                  )
**UNITED STATES OF AMERICA**       )
                                                  )
    v.                                           )    CR. NO.  05-10237-MLW
                                                  )
**ANTOIN QUARLES COMBS**           )
_____)

**MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION *IN LIMINE* FOR A PRE-TRIAL RULING ON THE USE OF HIS PRIOR CONVICTIONS AS IMPEACHMENT SHOULD HE TESTIFY SEVEN DAYS LATE**
_____

Defendant, Antoin Quarles Combs, by and through his attorney, Scott P. Lopez, hereby moves for leave to file his Motion *in Limine* for a Pre-Trial Ruling on the Use of His Prior Convictions as Impeachment Should he Testify Seven (7) Days Late.

In support of this motion, undersigned counsel states the following:

1. Undersigned counsel has been diligently preparing for trial in the above-referenced matter since March 14, 2006.

2. Consideration of and a ruling on the above-referenced motion will permit Mr. Combs Quarles to make an informed decision regarding his potential testimony.

3. The government should have sufficient time to respond to this motion before the defendant testifies and, therefore, will not be prejudiced by the delay in filing this motion.

WHEREFORE, defendant Antoin Quarles Combs respectfully requests the Court to grant him leave to file his Motion *in Limine* for a Pre-Trial Ruling on the Use of His Prior Convictions as Impeachment Should he Testify Seven (7) Days Late.

        Respectfully submitted
        By Defendant,
        ANTOIN QUARLES COMBS
        By his attorneys

        /s/ Scott P. Lopez
        Scott P. Lopez
        Law Office of Scott P. Lopez
        24 School Street, 8th Floor
        Boston, MA  02108
        (617) 742-5700

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 26th day of March, 2006, I served the within MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION *IN LIMINE* FOR A PRE-TRIAL RULING ON THE USE OF HIS PRIOR CONVICTIONS AS IMPEACHMENT SHOULD HE TESTIFY SEVEN DAYS LATE by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov

        /s/ Scott P. Lopez
        Scott P. Lopez