UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )
    v.                              )    CR. NO.  05-10237-MLW
                                    )
ANTOIN QUARLES COMBS                )
_____)

**DEFENDANT'S MOTION FOR PAYMENT OF DEFENSE WITNESS' TRAVEL EXPENSES BY UNITED STATES MARSHALL PURSUANT TO 28 U.S.C. § 1825**
_____

Pursuant to 28 U.S.C. § 1825, defendant Antoin Combs Quarles, by and through undersigned counsel, hereby moves for an Order directing the United States Marshall to pay travel expenses associated with the appearance of Timothy Sethman, a material witness for the defense, in the above referenced matter.

In support of this motion, undersigned counsel states, as more particularly set forth in his affidavit attached hereto as Exhibit A, that Mr. Sethman is a material witness for the defense, that defendant is indigent, and that Mr. Sethman will be traveling from Greensburg, Pennsylvania to testify in this matter.

28 U.S.C. § 1825 permits the Court, upon affidavit of counsel appointed pursuant to 18 U.S.C. § 3006A, to Order the United States Marshall to pay the expenses associated with the appearance of Timothy Sethman.

To secure Mr. Sethman's appearance, it is necessary for the United States Marshall to pay for his round-trip airline tickets, hotel expenses for not more than two days, cab fare to and from the airport and to and from his hotel to the Courthouse, and a daily stipend of $50 per day for meals.

A proposed Order is attached hereto as Exhibit B.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion and enter the Proposed Order, pursuant to 28 U.S.C. § 1825, directing the United States Marshall to pay Mr. Sethman's travel and related expenses.

Respectfully submitted
By Defendant,
ANTOIN QUARLES COMBS
By his attorneys


 /s/ Scott P. Lopez
Scott P. Lopez
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

## CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 27th day of March, 2006, I served the within DEFENDANT'S MOTION FOR PAYMENT OF DEFENSE WITNESS' TRAVEL EXPENSES BY UNITED STATES MARSHALL PURSUANT TO 28 U.S.C. § 1825 by electronic mail on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov


 /s/ Scott P. Lopez
Scott P. Lopez

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
**UNITED STATES OF AMERICA**            )
                                                        )
     **v.**                                            )        CR. NO.  05-10237-MLW
                                                        )
**ANTOIN QUARLES COMBS**              )
_____)

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S
MOTION FOR PAYMENT OF DEFENSE WITNESS TRAVEL EXPENSES
BY UNITED STATES MARSHALL PURSUANT TO 28 U.S.C. § 1825**
_____

I, Scott P. Lopez, on oath depose and say of my own personal knowledge that:

1. I am a duly licensed attorney in good standing in the Commonwealth of Massachusetts.

2. I have been practicing law in Massachusetts since 1987, and, before entering private practice, was an Assistant District Attorney in Bristol County.

3. I have been appointed pursuant to the Criminal Justice Act to represent defendant, Antoin Combs Quarles, in the above-captioned matter.

4. This affidavit is submitted in support of defendant's Motion for Payment of Defense Witness's Travel Expenses by the United States Marshall pursuant to 18 U.S.C. § 1825.

5. The witness, Timothy Sethman, is the fingerprint examiner that determined that a fingerprint or palm print located on the firearm at issue in this case was not the fingerprint or palm print of Mr. Combs Quarles.

6. Mr. Sethman is currently located outside the District of Massachusetts and needs to travel from Greensburg, Pennsylvania to testify in this case.

7. At present, it is anticipated that Mr. Sethman will arrive Wednesday evening and be prepared to testify on either Thursday or Friday, but preferably Thursday.

8. 28 U.S.C. § 1825 requires the Court, upon affidavit of counsel appointed pursuant to 18 U.S.C. § 3006A, to order the United States Marshall to pay the expenses associated with the appearance of Timothy Sethman

9. To secure Mr. Sethman's appearance, it is necessary for the United States Marshall to pay for his round-trip airline tickets, hotel expenses for not more than two evenings, cab fare to and from the airport and to and from his hotel to the Courthouse, and a daily stipend of $50 per day for meals.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 27TH DAY OF MARCH, 2006.

_____
Scott P. Lopez

### CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that on the 27th day of March, 2006, I served the within AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION FOR PAYMENT OF DEFENSE WITNESS' TRAVEL EXPENSES BY UNITED STATES MARSHALL PURSUANT TO 28 U.S.C. § 1825 by hand on the following counsel of record at the following address:

Sandra S. Bower
Assistant United States Attorney
United States Attorney Office
One Courthouse Way, Suite 9200
Boston, MA  02210
617-748-3184
Sandra.Bower@usdoj.gov

 /s/ Scott P. Lopez
Scott P. Lopez

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 05-10237-MLW |
| ANTOIN QUARLES COMBS | ) ) | |

**[PROPOSED] ORDER OF COURT**

This cause came to be heard on defendant, Antoin Combs Quarles' Motion for Payment of Defense Witness Expenses by United States Marshal Pursuant to 28 U.S.C. § 1825.

This Court, having granted said motion, hereby Orders the United States Marshall, pursuant to 28 U.S.C. § 1825, to pay the following travel expenses of Timothy Sethman:

1) Round-trip airline tickets from Greensburg, Pennsylvania;

2) Hotel expenses for not more than two (2) days;

3) Cab Fare to and from Logan Airport to his hotel;

4) Cab Fare to and from his hotel to the United States District Courthouse;

5) A daily stipend of $50.00 for meals for two (2) days.

IT IS SO ORDERED:

Dated: _____
Mark L. Wolf,
Chief Judge
United States District Court
District of Massachusetts