UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10237

| United States of America | Antoin Quarles Combs |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Wortmann | Scott Lopez |
| Sandra Bower | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

### CLERK'S NOTES

| DATES: | Jury Trial - Day 1 |
|---|---|
| 3/27/06 | Court goes over preliminary matters with the parties. Court denies the defendant's motion for daily transcripts. |
| | Court goes over the pending motions in limine with the parties. Court goes over the voir dire questions with the parties. Court orders the government to be prepared to address, at least preliminarily, the defendant's motion in limine regarding prior convictions. Court recesses while the jury pool is brought up. Jury pool sworn in. Court conducts voir dire of the jury. Jury of 12 and 2 alternates sworn in. Jury is excused until Wednesday, March 29, 2006. Court is in recess until 3:30 when it will resume with the parties. |
| | Court resumes at 4:15 and listens to oral arguments on the pending motions in limine. Court orders defense counsel to file motion for funds re: travel of expert witness as soon as possible. Court orders the government to respond to defendant's motion in limine regarding finger print expert by cob Tuesday, March 28, 2006. Government also ordered to file its response to defendant's motion in limine regarding prior convictions by cob tomorrow. Court recesses until 9:00 AM on Wednesday, March 29, 2006. |