**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR# 05-10237-MLW |
| DEFENDANT: Antoin Quarles Combs | TYPE OF PROCESS: Criminal |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Tanesha Montgomery

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT: 15 Belair Street, Apt. #14, Brockton, MA 02301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott P. Lopez (617) 742-5700
24 School Street, 8th Floor
Boston, MA 02108

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Possible Cell Phone # 508-510-1258

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 617-742-5700  DATE: 3/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 38 | District to Serve No. 3Y | Signature of Authorized USMS Deputy or Clerk | Date 3/23/06 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 14.60 | — | 104.60 | | |

REMARKS: 03/24/06 - No service unknown if correct address. (MDA)

1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

ANTOIN QUARLES COMBS

SUBPOENA IN A
CRIMINAL CASE

Case Number: 05-10237-MLW

TO: TANESHA MONTGOMERY
15 BELAIR STREET, APT. 14
BROCKTON, MA

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>ONE COURTHOUSE WAY<br>BOSTON, MA 02210 | 5th Floor, Courtroom 10 |
| | DATE AND TIME |
| | 3/27/06 at 9:00 A.M. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SARAH A. THORNTON

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(By) Deputy Clerk  _Kathleen Boyce_

DATE  3-22-06

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Scott P. Lopez  (617) 742-5700
24 School Street, 8th Floor
Boston, MA 02108