**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: CR #05-10237-MLW |
| DEFENDANT: Antoin Quarles Combs | TYPE OF PROCESS: U.S. District Court Criminal |

FILED 2006 MAR 28 A 11:30

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Keeper of Records — Office of Legal Advisor - Boston Police Dept

ADDRESS: One Schroeder Plaza, Boston, MA 02120

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott P. Lopez, Esq.
24 School St.
Boston, MA 02108

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 8
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE

Signature of Attorney or other Originator: [signed]
TELEPHONE NUMBER: 617-742-5700
DATE: 3/23/06
☒ PLAINTIFF ☐ DEFENDANT

MAR 23 P 2

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/23/06 |
|---|---|---|---|---|---|

I hereby certify and return that I have personally served, □ have legal evidence of service, □ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served: Mary Doherty, Keeper of Record

Date of Service: 03/24/06  Time: 1405 pm

Signature of U.S. Marshal or Deputy: [signed] D.A.

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: 03/24/06 Served in hand. (AnDA)

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

ANTOIN QUARLES COMBS

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 05-10237-MLW

TO: KEEPER OF RECORDS - OFFICE OF THE LEGAL ADVISOR
BOSTON POLICE DEPARTMENT
ONE SCHROEDER PLAZA
BOSTON, MA 02120

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>ONE COURTHOUSE WAY<br>BOSTON, MA 02210 | 5th Floor, Courtroom 10 |
| | DATE AND TIME |
| | 3/27/06 at 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Exhibit A attached hereto.

SARAH A. THORNTON

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(By) Deputy Clerk *Kathleen Boyce*

DATE: 3-22-06

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Scott P. Lopez   (617) 742-5700
24 School Street, 8th Floor
Boston, MA 02108