**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 05-10237-MLW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Antoin Quarles Combs | (Anti-SA?) |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| → | Emily Howard, EMT |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | Emergency Medical Services, 767 Albany St., Boston, MA 02118 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott P. Lopez, Esq.
24 School St.
Boston, MA 02108

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phone for EMS - 617-343-1400 (Dispatch)

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
TELEPHONE NUMBER: 617 742 5700
DATE: 3/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy [signature] | 3/23/06 |

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/27/06  Time: 10:00 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | see "Tanya Perez" | | | | |

REMARKS: 3/27/06 Faxed to Capt. James Donaldo 617-343-1326.
EMS at addressed above. (Handler crim. sup)
(Confirmed by phone)

Will hand deliver as required 3/28/06

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

ANTOIN QUARLES COMBS

SUBPOENA IN A
CRIMINAL CASE

Case Number:   05-10237-MLW

TO: EMILY HOWARD
EMERGENCY MEDICAL SERVICES
767 ALBANY STREET
BOSTON, MA 02118

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITES STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>ONE COURTHOUSE WAY<br>BOSTON, MA 02110 | 5th Floor, Courtroom 10 |
| | DATE AND TIME |
| | 3/27/06 at 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Trip Report for Antoine Quarles for treatment rendered at 1165 Blue Hill Avenue, Boston; on May 23, 2005.

SARAH A. THORNTON

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Kathleen Boyce*<br>(By) Deputy Clerk | 3-22-06 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Scott P. Lopez   (617) 742-5700
24 School Street, 8th Floor
Boston, MA 02108