UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10237

| United States of America | Antoin Quarles Combs |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Wortmann | Scott Lopez |
| Sandra Bower | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 2 |
|---|---|
| 3/29/06 | Court goes over preliminary matters with the parties. Jury is brought in and given their preliminary instructions by the court. Government presents its opening statement. Defendant presents its opening statement. Government reads the parties stipulation to the jury regarding the defendant's prior conviction. Government calls BPD Officer John Conway - witness takes the stand and is sworn. Government calls BPD Officer Dean Bickerton - witness takes the stand and is sworn. Court recesses for lunch. Government calls Ronald Borgio witness takes the stand and is sworn. Government calls BPD Anthony Serra - witness takes the stand and is sworn. Government calls BPD Officer Chris Ross - witness takes the stand and is sworn. Court excuses the jury for the day and goes over the schedule for tomorrow with the parties. |