UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10237

| United States of America | Antoin Quarles Combs |
|---|---|
| PLAINTIFF | DEFENDANT |

| John Wortmann | Scott Lopez |
|---|---|
| Sandra Bower | |

COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT

JUDGE   Wolf              CLERK   O'Leary              REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 3 |
|---|---|
| 3/30/06 | Court goes over preliminary matters with the parties.  Jury brought in.  Government calls Tyrone Camper |
| | witness takes the stand and is sworn..  Government calls S.A. Phillip Ball - witness takes the stand and is |
| | sworn.  Government rests.  Defendant moves for a rule 29 acquittal at sidebar.  Court denies the same. |
| | Defendant calls detective Timothy Sethman - witness takes the stand and is sworn.  Defendant calls Emily |
| | Howard - witness takes the stand and is sworn.  Court excuses the jury for lunch and takes up the Rule 609 |
| | matter with the parties.  Defendant calls Semia Hicks - witness takes the stand and is sworn. |
| | Defendant rests.  Government does not offer any rebuttal evidence.  Court conducts colloquy of defendant |
| | regarding right to testify.  Court excuses the jury until 9:00 tomorrow morning.  Court goes over its jury |
| | instructions with the parties.  Court gives the parties 40 minutes each for their closing. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |