**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>05-10237-MLW |
| DEFENDANT<br>Antoin Quarles Combs | TYPE OF PROCESS<br>Criminal |

SERVE ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keeper of Medical Records — Caritas Carney Hospital

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 2100 Dorchester Avenue, Dorchester, MA 02124

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott P. Lopez, Esq.
24 School St.
Boston, MA 02108

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phone for Carney 617-296-4000

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-742-5700   DATE: 3/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/23/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Elvira Solivan (records)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3-22-06   Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 3.65 | | 48.65 | | |

REMARKS:

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

ANTOIN QUARLES COMBS

SUBPOENA IN A
CRIMINAL CASE

Case Number:   05-10237-MLW

TO: KEEPER OF RECORDS - MEDICAL RECORDS
CARITAS CARNEY HOSPITAL
2100 DORCHESTER AVENUE
DORCHESTER, MA 02124

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>ONE COURTHOUSE WAY<br>BOSTON, MA 02210 | 5th Floor, Courtroom 10 |
| | DATE AND TIME |
| | 3/27/06 at 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Treatment Records of Antoine Quarles, also known as Antoin Combs Quarles, date of birth April 18, 1974, on May 23, 2005.

SARAH A. THORNTON

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| _Kathleen Boyce_<br>(By) Deputy Clerk | 3-22-06 |

| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | Scott P. Lopez   (617) 742-5700<br>24 School Street, 8th Floor<br>Boston, MA 02108 |