**U.S. Department of Justice**
**United States Marshals Service**

FILED IN CLERKS OFFICE
MAR 28 A 11:56

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | U.S. DISTRICT COURT CASE NUMBER |
|---|---|
| United States of America | DISTRICT OF MASS # 05-10237-MLW |
| DEFENDANT | TYPE OF PROCESS |
| Antoin Quarles Combs | Criminal |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tanya Perez

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Emergency Medical Services 767 Albany St. Boston, MA 02118

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott P. Lopez, Esq.
24 School Street
Boston, MA 02108

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phone for EMS - 617-343-1400 (Dispatch)

MAR 23 P 2

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER: 617 742 5700    DATE: 3/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) — Total Process: 1 — District of Origin No. 38 — District to Serve No. 38 — Signature of Authorized USMS Deputy or Clerk — Date: 3/23/06

☐ I hereby certify and return that I have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Captain James Domaldo
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 3/24/06   Time: 10:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 0 | 0 | | | | |

REMARKS: 3/24/06 10am Faxed to Capt. James Domaldo 617-343-1326 EMS as addressed above / Handles Crim. Sub. (Confirmed rec via phone)
Will hand deliver as required

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

ANTOIN QUARLES COMBS

SUBPOENA IN A
CRIMINAL CASE

Case Number:  05-10237-MLW

TO:  TANYA PEREZ
     EMERGENCY MEDICAL SERVICES
     767 ALBANY STREET
     BOSTON, MA  02118

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS<br>ONE COURTHOUSE WAY<br>BOSTON, MA  02110 | 5th Floor, Courtroom 10 |
|  | DATE AND TIME |
|  | 3/27/06 at 9:00 A.M. |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):
   Trip Report for Antoine Quarles for treatment rendered at 1165 Blue Hill Avenue, Boston; on May 23, 2005.

SARAH A. THORNTON

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *Kathleen Boyce*<br>(By) Deputy Clerk | 3-22-06 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: | Scott P. Lopez   (617) 742-5700<br>24 School Street, 8th Floor<br>Boston, MA  02108 |