UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10237

| United States of America | Antoin Quarles Combs |
|---|---|
| PLAINTIFF | DEFENDANT |
| John Wortmann | Scott Lopez |
| Sandra Bower | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 4 |
|---|---|
| 3/31/06 | Court goes over preliminary matters with the parties. Court marks the jury verdict form as exhibit D for identification only. Jury brought in. Government presents its closing argument. Defendant presents his closing argument. Court charges the jury. Jury starts their deliberations. Jury has a question for the court asking for a clear and precise definition of reasonable doubt. Court gives the jury the instruction from the morning. Jury is excused to resume its deliberations. Jury returns a verdict og guilty. Defense counsel asks that the jury be polled. Jury is polled - all 12 jurors agree with the verdict as it was just read by the court. Court excuses the jury. Sentencing set for June 28, 2006 at 3:00 PM. Procedural order to issue. |