✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| ANTOIN QUARLES COMBS | Case Number:  CR05-10237-MLW |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wolf | John Wortmann, Sandra Bower | Scott Lopez |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/27/2006 | Romanow | O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ---- | | 3/29/06 | | | BPD Officer John Conway |
| A | | 3/29/06 | X | | Map of Ahsmont Street/Dorchester Avenue Area |
| 3A | | 3/29/06 | | X | Photo of 50 Southern Avenue Dorchester, MA |
| 3B | | 3/29/06 | | X | Photo of scene of arrest |
| 3C | | 3/29/06 | | X | Photo of scene of arrest from across the street |
| 8 | | 3/29/06 | | X | CD containing Conway excerpt |
| 4 | | 3/29/06 | | X | Marijuana recovered at scene of arrest |
| ---- | | 3/29/06 | | | BPD Officer Dean Bickerton |
| 1 | | 3/29/06 | | X | Gun |
| 1A | | 3/29/06 | | X | Electrical tape removed from gun |
| 7 | | 3/29/06 | | X | Cd containing Bickerton excerpt |
| 2 | | 3/29/06 | | X | 5 rounds of .38 ammunition |
| | 6 | 3/29/06 | | X | Booking photo of defendant |
| ---- | | 3/29/06 | | | Ronald Borgio |
| 9 | | 3/29/06 | | | Smith & Wesson shipping records dated 1/28/77 |
| 10A | | 3/29/06 | | | John Jovino Co records |
| ---- | | 3/30/06 | | | BPD Officer Anthony Serra |
| ---- | | 3/30/06 | | | BPD Chris Ross |
| B | | 3/30/06 | X | | Packet of certified convictions for Samia Hicks |
| | 12 | 3/30/06 | | X | Booking photo of Combs - side view |
| ----- | | 3/30/06 | | | Tyrone Camper |
| ----- | | 3/30/06 | | | S.A. Phillip Ball |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | ANTOIN QUARLES COMBS | CASE NO. CR05-10237 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ---- | 3/30/06 | | | Detective Timothy Sethman |
| | 13 | 3/30/06 | | X | Sethman CV |
| | 14 | 3/30/06 | | X | Fingerprint lifted from gun (exhibit 1) |
| | 15 | 3/30/06 | | X | Fingerprint card for defendant |
| | 16 | 3/30/06 | | X | Palm print card for defendant |
| | C | 3/30/06 | X | | Rudnicki report dated 3/23/2006 |
| | 17 | 3/30/06 | | X | Medical Records from Caritas Carney Hospital |
| | ---- | 3/30/06 | | | Emily Howard |
| | 18 | 3/30/06 | | X | PCR dated 5/23/05 |
| | ---- | 3/30/06 | | | Semia Hicks |
| | 19 | 3/30/06 | | X | Cell Phone |
| | | 3/31/06 | D | | Verdict Form |
| | | 3/31/06 | Q1 | | Jury Question re: reasonable doubt |

Page 2 of 2 Pages