# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) ) | |
| v. | ) ) | CR. NO.: 05-10237-MLW |
| **ANTOINE COMBS-QUARLES** | ) ) ) ) | |

## MOTION FOR INTERIM PAYMENT
## UNDER THE CRIMINAL JUSTICE ACT

Undersigned counsel hereby moves the Court to permit one (1) interim payment under the Criminal Justice Act in the above-captioned matter.

In support of this motion undersigned counsel states that he was appointed to represent Mr. Combs-Quarles in the above-captioned matter on September 13, 2005; undersigned counsel has spent an extensive amount of time providing services to Mr. Combs-Quarles through trial and especially in the month of March, 2006; and it will cause a financial hardship for undersigned counsel, who is a sole practitioner, to wait until after defendant's sentencing on June 28, 2006, to be paid for the services provided to date.

Moreover, undersigned counsel has two other CJA cases that have been pending for more than one year and the cumulative effect of the work in this case in March and the other CJA cases is, at present, making it difficult to pay expenses.

Finally, undersigned counsel will not be requesting any other interim payments in this case. Thus, the next request will be the final request in this case.

2

WHEREFORE, undersigned counsel respectfully requests the Court to authorize an interim payment under the Criminal Justice Act in the above-captioned matter.

Respectfully submitted,

  /s/ Scott P. Lopez
Scott P. Lopez, BBO #549556
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

Dated:  May 3, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2006.

  /s/ Scott P. Lopez
Scott P. Lopez