UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                    **CRIMINAL  CASE**

                                                     **NO. 05-10237-MLW**

V.

**ANTOIN QUARLES COMBS**
           **Defendant(s)**

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on AUGUST 2, 2006 at 3:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

SARAH A. THORNTON
CLERK OF COURT

**July 5, 2006**                              By:   /s/ Dennis O'Leary
    Date                                             Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                      [kntchrgcnf.]