UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-10237-MLW** |
| V. | |
| **ANTOIN QUARLES COMBS** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on <u>AUGUST 2, 2006</u> at 3:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

SARAH A. THORNTON
CLERK OF COURT

**July 5, 2006**          By:  /s/ Dennis O'Leary
    Date                              Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                          [kntchrgcnf.]