UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA05-10237

| United States of America | Antoin Quarles Combs |
| PLAINTIFF | DEFENDANT |
| Sandra Bower | Scott Lopez |
| John Wortmann | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing |
|---|---|
| 8/2/06 | Court makes the necessary rulings on the parties objections to the PSR. Court calculates the advisory sentencing guidelines as follows: TOL 33, CH VI, 235-293 months, 36-60 months supervised release, $17.5K to $175K fine, $100 special assessment fee. Government recommends a sentence of 264 months custody, 60 months supervised release and $100 special assessment fee. Defendant argues for a sentence of 180 months. Defendant addresses the court. Formal sentencing: 240 months custody, 36 months supervised release on the standard conditions plu must cooperate in the collection of a DNA sample, not possess a firearm or other dangerous weapon. Court does not impose a fine but does impose the mandatory $100 special assessment fee. Defendant advised of his rights to appeal and to counsel. |