Antione Combs-Quarles
Inmate#0653580
Essex County Correctional Facility
20 Manning Avenue
P.O.Box 807
Middleton, Mass 01949-2807

FILED
CLERKS OFFICE

2006 AUG 10 P 2: 01

U.S. DISTRICT COURT

Dear Clerk,

    I'm the defendant in U.S. v Combs-Quarles #05-CR-10237 heard before Chief justice Wolf. I was found guilty on March 31, 2006 and sentenced on August 2, 2006 I have been trying to reach my attorney to inform him that I wish to put in for the appeal that I was told I had only ten days to do. I have not been able to reach my attorney to do so since the day of my sentencing. Please docket and file my letter with the clerk so I don't waive my right to appeal.

Respectfully Submitted

*[signature]*

Antione Combs-Quarles

August 8, 2006