UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) ) ) ) v. ) ) **ANTOIN COMBS QUARLES** ) ) ) | CR. NO.: 05-10237-MLW |

**NOTICE OF APPEAL TO THE UNITED STATES COURT
OF APPEALS FOR THE FIRST CIRCUIT FROM THE
SENTENCE AND JUDGMENT OF THE DISTRICT COURT**
_____

Notice is hereby given that Antoine Combs Quarles, defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the First Circuit from the sentence entered in this action on August 2, 2006, and the final judgment entered in this action on August 18, 2006.

                                              Respectfully submitted,
                                              By defendant
                                              Antoine Combs Quarles
                                              By his attorney,


                                                /s/  Scott P. Lopez
                                              Scott P. Lopez, BBO #549556
                                              Law Office of Scott P. Lopez
                                              24 School Street, 8th Floor
                                              Boston, MA  02108
                                              (617) 742-5700

Dated:  August 18, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2006.

      /s/ Scott P. Lopez
      Scott P. Lopez