# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10237

United States of America

v.

Antoin Combs Quarles

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-92 & envelope of medical records

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/18/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 28, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 8/28/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-10237-MLW-ALL

Case title: USA v. Combs            Date Filed: 09/07/2005

Assigned to: Chief Judge Mark L. Wolf
Referred to: Magistrate Judge Marianne B. Bowler

### Defendant

**Antoin Quarles Combs** (1)           represented by **Scott P. Lopez**
*TERMINATED: 08/18/2006*                              Law Office of Scott P. Lopez
*also known as*                                        8th Floor
Antoine Combs-Quarles (1)                              24 School Street
*TERMINATED: 08/18/2006*                              Boston, MA 02108
*also known as*                                        617-742-5700
Antoine Combs (1)                                      Fax: 617-742-5715
*TERMINATED: 08/18/2006*                              Email: lopez@lopezlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: CJA Appointment*

### Pending Counts                    ### Disposition

18:922(g)(1) - FELON IN               240 months custody, 36 months
POSSESSION OF A FIREARM               supervised release, $100 special
& AMMUNITION                          assessment fee.
(1)

### Highest Offense Level
### (Opening)

Felony

### Terminated Counts                 ### Disposition

None

## Highest Offense Level
## (Terminated)
None

## Complaints                                    ## Disposition
None

---

**Plaintiff**

USA                                   represented by **Sandra S. Bower**
                                                     United States Attorney's Office
                                                     1 Courthouse Way
                                                     Suite 9200
                                                     Boston, MA 02210
                                                     617-748-3184
                                                     Fax: 617-748-3965
                                                     Email: Sandra.Bower@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **John A. Wortmann, Jr.**
                                                     United States Attorney's Office
                                                     1 Courthouse Way
                                                     Boston, MA 02110
                                                     617-748-3207
                                                     Fax: 617-748-3963
                                                     Email: john.wortmann@usdoj.gov

                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2005 | 1 | INDICTMENT as to Antoin Quarles Combs (1) count(s) 1. (Catino3, Theresa) (Entered: 09/07/2005) |
| 09/07/2005 | 2 | Judge Mark L. Wolf : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: FOR PRETRIAL as to Antoin Quarles Combs (Catino3, Theresa) (Entered: 09/07/2005) |
| 09/13/2005 |  | Electronic clerk's notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | Marianne B. Bowler:Initial appearance for Antoin Quarles Combs held on 9/13/2005; William Bloomer for the govt., Scott Lopez for the deft. and September Brown for Pretrial Services; The deft. is informed of the charge, rights and right to counsel; The deft. completes a financial affidavit and the court orders the appointment of counsel forthwith; Counsel for the deft. asks that the court defer questioning the deft. at this time; The govt. moves for detention and a continuance; The court sets the detention hearing and arraignment for 9/16/2005 at 10:45 A.M.; The deft. is remanded to the custody of the U.S. Marshals. (Digital Recorder #11:35 AM-11:50 AM.) (Saccoccio, Dianalynn) (Entered: 09/13/2005) |
| 09/13/2005 | 3 | Magistrate Judge Marianne B. Bowler: ORDER entered; CJA 20 for Antoin Quarles Combs: Appointment of Attorney Scott P. Lopez for Antoin Quarles Combs. (Saccoccio, Dianalynn) (Entered: 09/15/2005) |
| 09/15/2005 | 4 | Arrest Warrant Returned Executed on 9/12/05 as to Antoin Quarles Combs, FILED. (Boyce, Kathy) (Entered: 09/16/2005) |
| 09/16/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Arraignment for Antoin Quarles Combs (1) held on 9/16/2005; Sandra Bower for the govt., Scott Lopez for the deft. and Gina Affsa for Pretrial Services; The parties address the court and counsel for the deft. requests that the court set a detention hearing for 9/22/2005; A detention hearing is set for 9/22/2005 at 2:15 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; The deft. waives the reading of the indictment in its entirety and pleads not guilty to count 1; The govt. anticipates 12 witnesses and the trial to last three days; The court sets an initial status conference for 10/25/2005 at 3:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Tape #10:45 AM-11:00 AM.) (Saccoccio, Dianalynn) (Entered: 09/19/2005) |
| 09/22/2005 |  | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Detention hearing for Antoin Quarles Combs held on 9/22/2005; Sandra Bower for the govt., September Brown for Pretrial Services and Scott Lopez for the deft.; Counsel for the deft. addresses the court and states the deft. consents to voluntary detention without prejudice at this time; The court will issue an order of voluntary detention forthwith and the deft. is remanded to the custody of the U.S. Marshals. (Digital Recording #2:25 PM- |

| | | |
|---|---|---|
| | | 2:30 PM.) (Saccoccio, Dianalynn) (Entered: 09/22/2005) |
| 09/22/2005 | 6 | Judge Marianne B. Bowler: Electronic ORDER entered. ORDER OF VOLUNTARY DETENTION WITHOUT PREJUDICE as to Antoin Quarles Combs. (Bowler, Marianne) (Entered: 09/22/2005) |
| 10/25/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler:Status conference for Antoin Quarles Combs held on 10/25/2005; Sandra Bower for the govt. and Scott Lopez for the deft.; The parties report the status of the case and request a brief continuances; The court sets a further status conference for 11/21/2005 at 2:45 PM. (Digital Recording #3:30-3:45.) (Filo, Jennifer) (Entered: 10/25/2005) |
| 10/25/2005 | 7 | JOINT MEMORANDUM of the parties pursuant to Rule 116.5(A) filed in open court by Antoin Quarles Combs and USA. (Filo, Jennifer) (Entered: 10/25/2005) |
| 10/27/2005 | 8 | Assented to MOTION for Excludable Delay from 9-13-05 to 11-21-05 as to Antoin Quarles Combsby USA. (Bower, Sandra) (Entered: 10/27/2005) |
| 10/28/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 8 Motion to Exclude as to Antoin Quarles Combs(1). (Bowler, Marianne) (Entered: 10/28/2005) |
| 11/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler: Final status conference for Antoin Combs held on 11/21/2005 at 2:50 PM; Sandra Bower for the govt.; Scott Lopez via telephone for the deft. The court will issue a final status report forthwith. (Duffy, Marc) (Entered: 11/23/2005) |
| 11/23/2005 | 9 | Final Status Report by Judge Marianne B. Bowler: Case returned to Judge Wolf.(Duffy, Marc) (Entered: 11/23/2005) |
| 12/13/2005 | 10 | NOTICE OF HEARING as to Antoin Quarles Combs Pretrial Conference set for 12/16/2005 01:30 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/13/2005) |
| 12/16/2005 | | ElectronicClerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial Conference as to Antoin Quarles Combs held on 12/16/2005 Court establishes filing deadlines and sets trial for 3/27/2006. Procedural order to issue.(Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 12/16/2005 | 11 | Judge Mark L. Wolf : Electronic ORDER entered. PRETRIAL ORDER as to Antoin Quarles Combs Time excluded from 12/16/2005 until 3/27/2006. Status Report due by 2/24/2006. Expert Witness List due by 1/13/2006. Jury Trial set for 3/27/2006 09:00 AM in Courtroom 10 before Judge Mark L. Wolf. Pretrial Conference set for 3/23/2006 03:30 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 12/21/2005) |
| 01/13/2006 | 12 | NOTICE *re: Expert Disclosure Pursuant to Fed.R.Crim.P. 16 (a)(1)(G)* by USA as to Antoin Quarles Combs (Attachments: # 1 # 2 # 3 # 4)(Bower, Sandra) (Entered: 01/13/2006) |
| 02/14/2006 | 13 | Notice of *Expert Disclosure Pursuant to Fed.R.Crim.P. 16(a) (1)(G)* as to Antoin Quarles Combsby USA. (Attachments: # 1 Tab A)(Bower, Sandra) Modified on 2/22/2006 to change the name of the event from motion to Notice (Other)(Boyce, Kathy). (Entered: 02/14/2006) |
| 02/17/2006 | 14 | MOTION for Extension of Time to March 3, 2006 to File Defendant's Expert Disclosures as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 02/17/2006) |
| 02/20/2006 | 15 | NOTICE OF ATTORNEY APPEARANCE John A. Wortmann, Jr appearing for USA. (Wortmann, John) (Entered: 02/20/2006) |
| 02/22/2006 | | Motions terminated as to Antoin Quarles Combs: 13 Supplemental MOTION for Disclosure *Expert Disclosure Pursuant to Fed.R.Crim.P. 16(a)(1)(G)* filed by USA (Motion terminated as the filing was not a motion but an Expert Document Disclosure) (Boyce, Kathy) (Entered: 02/22/2006) |
| 02/22/2006 | | Notice of correction to docket made by Court staff. Correction: Document No. 13, Notice of Supplemental Expert Disclosure modified to change the name of the event from motion for disclosure to Notice (Other) as document did not need to be e-filed as a motion. (Boyce, Kathy) (Entered: 02/22/2006) |
| 02/24/2006 | 16 | STATUS REPORT by USA as to Antoin Quarles Combs (Bower, Sandra) (Entered: 02/24/2006) |
| 02/27/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 14 Motion for Extension of Time as to Antoin Quarles Combs (1) Expert Witness List due by 3/3/2006. Allowed and so Ordered (O'Leary, Dennis) (Entered: 02/27/2006) |

| 03/02/2006 | 17 | MOTION in Limine *regarding turret tape excerpts* as to Antoin Quarles Combsby USA. (Wortmann, John) (Entered: 03/02/2006) |
| --- | --- | --- |
| 03/02/2006 | 18 | MOTION in Limine *Regarding Statements of the Defendant* as to Antoin Quarles Combsby USA. (Wortmann, John) (Entered: 03/02/2006) |
| 03/02/2006 | 19 | Letter (non-motion) regarding CD's provided for Motion in Limine (docket #17) as to Antoin Quarles Combs (Wortmann, John) (Entered: 03/02/2006) |
| 03/03/2006 | 20 | Proposed Jury Instructions by USA as to Antoin Quarles Combs (Wortmann, John) (Entered: 03/03/2006) |
| 03/03/2006 | 21 | Proposed Voir Dire by USA as to Antoin Quarles Combs (Wortmann, John) (Entered: 03/03/2006) |
| 03/03/2006 | 22 | TRIAL BRIEF by USA as to Antoin Quarles Combs (Wortmann, John) (Entered: 03/03/2006) |
| 03/03/2006 | 23 | MOTION in Limine *Regarding Firearm Shipment Records* as to Antoin Quarles Combsby USA. (Attachments: # 1 Exhibit Smith & Wesson Certification# 2 Exhibit Jovino Certification# 3 Exhibit ATF Certification)(Wortmann, John) (Entered: 03/03/2006) |
| 03/06/2006 |  | NOTICE issued requesting courtesy copy for 21 Proposed Voir Dire, 22 Trial Brief, 23 MOTION in Limine *Regarding Firearm Shipment Records*, 20 Proposed Jury Instructions as to Antoin Quarles Combs Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by 3/9/2006. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (O'Leary, Dennis) (Entered: 03/06/2006) |
| 03/10/2006 | 24 | NOTICE OF HEARING as to Antoin Quarles Combs Change of Plea Hearing set for 3/14/2006 03:30 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 03/10/2006) |
| 03/14/2006 | 25 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial Conference as to Antoin Quarles Combs held on 3/14/2006 (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 03/15/2006) |

| 03/14/2006 | 27 | Judge Mark L. Wolf : ORDER entered. as to Antoin Quarles Combs Pretrial Conference set for 3/27/2006 03:30 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 03/15/2006) |
|---|---|---|
| 03/14/2006 | 28 | Judge Mark L. Wolf : SEQUESTRATION ORDER entered. as to Antoin Quarles Combs (O'Leary, Dennis) (Entered: 03/15/2006) |
| 03/14/2006 |  | Judge Mark L. Wolf : Electronic ORDER entered denying 26 Motion to Withdraw as Attorney. as to Antoin Quarles Combs (1). For the reasons described in detail in court on March 14, 2006. This motion is hereby denied. (O'Leary, Dennis) (Entered: 03/17/2006) |
| 03/15/2006 | 26 | MOTION to Withdraw as Attorney by Scott P. Lopez. as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/15/2006) |
| 03/17/2006 | 29 | EXHIBIT/WITNESS LIST by USA as to Antoin Quarles Combs (Bower, Sandra) (Entered: 03/17/2006) |
| 03/17/2006 | 30 | EXHIBIT/WITNESS LIST by USA as to Antoin Quarles Combs (Bower, Sandra) (Entered: 03/17/2006) |
| 03/20/2006 | 31 | MOTION in Limine *to Exclude Prior Convictions* as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 32 | MOTION in Limine *to Exclude FIO Report* as to Antoin Quarles Combs. (Attachments: # 1 Exhibit FIO Report)(Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 33 | MOTION in Limine *to Exclude Prejudicial References* as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 34 | MOTION in Limine *to Exclude PO Assignment* as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 35 | MOTION in Limine *to Exclude Fingerprint Testimony* as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 36 | MEMORANDUM in Support by Antoin Quarles Combs re 35 MOTION in Limine *to Exclude Fingerprint Testimony or, Alternatively, for a Daubert Hearing* (Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 37 | Proposed Jury Instructions by Antoin Quarles Combs (Lopez, Scott) (Entered: 03/20/2006) |

| 03/20/2006 | 38 | MOTION for Release of Brady Materials as to Antoin Quarles Combs. (Attachments: # 1 Exhibit Article)(Lopez, Scott) (Entered: 03/20/2006) |
|---|---|---|
| 03/20/2006 | 39 | Proposed Voir Dire by Antoin Quarles Combs (Attachments: # 1 Exhibit Juror Questionnaire)(Lopez, Scott) (Entered: 03/20/2006) |
| 03/20/2006 | 40 | MOTION for transcripts at government expense as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/20/2006) |
| 03/21/2006 | 43 | Opposition by USA as to Antoin Quarles Combs re 33 MOTION in Limine *to Exclude Prejudicial References* (Wortmann, John) (Entered: 03/21/2006) |
| 03/21/2006 | 44 | Opposition by USA as to Antoin Quarles Combs re 32 MOTION in Limine *to Exclude FIO Report* (Wortmann, John) (Entered: 03/21/2006) |
| 03/21/2006 | 45 | MOTION in Limine *Regarding Physical Demonstration by Defendant* as to Antoin Quarles Combsby USA. (Bower, Sandra) (Entered: 03/21/2006) |
| 03/21/2006 | 46 | Opposition by USA as to Antoin Quarles Combs re 34 MOTION in Limine *to Exclude PO Assignment* (Wortmann, John) (Entered: 03/21/2006) |
| 03/22/2006 |  | NOTICE CANCELLING DEADLINE as to Antoin Quarles Combs. Deadline cancelled: Final Pre-trial Conference set for 3/23/2006. (O'Leary, Dennis) Modified on 3/22/2006 (O'Leary, Dennis). (Entered: 03/22/2006) |
| 03/22/2006 | 47 | Opposition by USA as to Antoin Quarles Combs re 35 MOTION in Limine *to Exclude Fingerprint Testimony* (Attachments: # 1 # 2)(Bower, Sandra) (Entered: 03/22/2006) |
| 03/22/2006 | 48 | RESPONSE to Motion by USA as to Antoin Quarles Combs re 31 MOTION in Limine *to Exclude Prior Convictions* (Bower, Sandra) (Entered: 03/22/2006) |
| 03/22/2006 | 49 | EXHIBIT/WITNESS LIST by Antoin Quarles Combs (Lopez, Scott) (Entered: 03/22/2006) |
| 03/22/2006 | 50 | EXHIBIT/WITNESS LIST by Antoin Quarles Combs (Lopez, Scott) (Entered: 03/22/2006) |
| 03/22/2006 | 51 | Substituted EXHIBIT/WITNESS LIST by Antoin Quarles Combs (Lopez, Scott) Modified on 3/24/2006 to note that this |

| | | |
|---|---|---|
| | | Exhibit/Witness List was re-filed electronically signed as prior Exhibit/Witness List, Document no. 49 was submitted without an electronic signature(Boyce, Kathy). (Entered: 03/22/2006) |
| 03/22/2006 | 52 | Substituted EXHIBIT/WITNESS LIST by Antoin Quarles Combs (Lopez, Scott) This entry Modified on 3/24/2006 to note on the docket that this Document was re-filed by counsel as Document No. 50 was inadvertently e-filed without an electronic signature (Boyce, Kathy). (Entered: 03/22/2006) |
| 03/23/2006 | 53 | Supplemental MOTION in Limine *re defendant's statements* as to Antoin Quarles Combsby USA. (Attachments: # 1) (Wortmann, John) (Entered: 03/23/2006) |
| 03/23/2006 | 54 | RESPONSE to Motion by USA as to Antoin Quarles Combs re 38 MOTION for Release of Brady Materials (Bower, Sandra) (Entered: 03/23/2006) |
| 03/24/2006 | 56 | STIPULATION by USA as to Antoin Quarles Combs (Bower, Sandra) (Entered: 03/24/2006) |
| 03/24/2006 | 58 | Opposition by Antoin Quarles Combs re 18 MOTION in Limine *Regarding Statements of the Defendant* (Lopez, Scott) (Entered: 03/24/2006) |
| 03/24/2006 | 59 | Opposition by Antoin Quarles Combs re 23 MOTION in Limine *Regarding Firearm Shipment Records* (Lopez, Scott) (Entered: 03/24/2006) |
| 03/24/2006 | 60 | RESPONSE to Motion by Antoin Quarles Combs re 17 MOTION in Limine *regarding turret tape excerpts* (Lopez, Scott) (Entered: 03/24/2006) |
| 03/24/2006 | 61 | RESPONSE to Motion by Antoin Quarles Combs re 45 MOTION in Limine *Regarding Physical Demonstration by Defendant* (Lopez, Scott) (Entered: 03/24/2006) |
| 03/24/2006 | | Notice of correction to docket made by Court staff. Correction: Document 55 and Document 57, formerly Stipulations were both inadvertently e-filed by counsel and are deleted from the docket as they are both duplicates of the correct Document, Document No. 56, the Stipulation (Boyce, Kathy) (Entered: 03/24/2006) |
| 03/24/2006 | 62 | NOTICE *of Government's Submission of Final Transcripts* by Antoin Quarles Combs re 17 MOTION in Limine *regarding turret tape excerpts* (Attachments: # 1)(Bower, Sandra) |

| | | |
|---|---|---|
| | | (Entered: 03/24/2006) |
| 03/26/2006 | 63 | MOTION for Extension of Time to Tomorrow to File File Motion in Limine For A Pre-Trial Ruling On The Use Of Prior Convictions As Impeachment Should Defendant Testify as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 03/26/2006) |
| 03/26/2006 | 64 | MOTION in Limine *for a Pre-trial Ruling on the Use of Defendant's Prior Convictions As Impeachment Should He Testify* as to Antoin Quarles Combs. (Attachments: # 1 Exhibit A)(Lopez, Scott) (Entered: 03/26/2006) |
| 03/27/2006 | | Judge Mark L. Wolf : Electronic ORDER entered denying 40 Motion for Transcript at Government Expense as to Antoin Quarles Combs (1). As this will be a relatively short trial, and notes can easily be taken, daily transcript, and the expense it entails is not neccessary. Therefore, this motion is DENIED without prejudice to specific requests for expedited excerpts if justified. (O'Leary, Dennis) (Entered: 03/27/2006) |
| 03/27/2006 | 65 | MOTION for Authorization of Services or Funds *for Travel Expenses of Out-of-State Witness* as to Antoin Quarles Combs. (Attachments: # 1 Exhibit Affidavit of Counsel in Support of Motion# 2 Exhibit Proposed Order)(Lopez, Scott) (Entered: 03/27/2006) |
| 03/27/2006 | 67 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :on 3/27/2006 Antoin Quarles Combs (1) on Count 1 (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 03/28/2006) |
| 03/28/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 65 Motion for Authorization of Services or Funds as to Antoin Quarles Combs (1). ALLOWED and so ORDERED. (O'Leary, Dennis) (Entered: 03/28/2006) |
| 03/28/2006 | 68 | US Marshal Process Receipt and Return for service of Subpoena. Samia Hicks served 3/24/06 - left in mail slot marked Samia Hicks, FILED. (Boyce, Kathy) (Entered: 03/28/2006) |
| 03/28/2006 | 69 | US Marshal Process Receipt and Return for Subpoena returned marked no serivce made on 3/24/06 - unknown if correct address (Boyce, Kathy) (Entered: 03/28/2006) |
| 03/28/2006 | 70 | US Marshal Process Receipt and Return for Subpoena. Keeper of Records - Officer of Legal Advisor - Boston Police Dept. |

|  |  |  |
|---|---|---|
|  |  | served Delivered on 3/24/06 in hand, FILED. (Boyce, Kathy) (Entered: 03/28/2006) |
| 03/28/2006 | 71 | Supplemental Opposition by USA as to Antoin Quarles Combs re 35 MOTION in Limine *to Exclude Fingerprint Testimony* (Bower, Sandra) (Entered: 03/28/2006) |
| 03/28/2006 | 72 | US Marshal Process Receipt and Return for Subpoena. Emily Howard served Delivered on 3/24/06. Faxed to Capt. James Domaldo (confirmation by phone) (Boyce, Kathy) (Entered: 03/30/2006) |
| 03/28/2006 | 77 | US Marshal Process Receipt and Return for Subpoenas served upon Caritas Carney Hospital-Keeper of Medical Records served Delivered on 3.23.06 (Boyce, Kathy) (Entered: 03/31/2006) |
| 03/28/2006 | 78 | US Marshal Process Receipt and Return for Subpoena. Tanya Perez served Delivered on 3/24/06 - faxed to Captain James Domaldo of EMS (Boyce, Kathy) (Entered: 03/31/2006) |
| 03/29/2006 | 75 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Antoin Quarles Combs held on 3/29/2006 (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 03/31/2006) |
| 03/30/2006 | 73 | Proposed Jury Instructions by Antoin Quarles Combs (Lopez, Scott) (Entered: 03/30/2006) |
| 03/30/2006 | 76 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Antoin Quarles Combs held on 3/30/2006 (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 03/31/2006) |
| 03/31/2006 | 74 | Proposed Jury Instructions by USA as to Antoin Quarles Combs (Wortmann, John) (Entered: 03/31/2006) |
| 03/31/2006 | 79 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Jury Trial as to Antoin Quarles Combs held on 3/31/2006 (Court Reporter romanow.) (O'Leary, Dennis) (Entered: 04/05/2006) |
| 03/31/2006 | 80 | TRIAL EXHIBIT/WITNESS LIST by Antoin Quarles Combs (O'Leary, Dennis) (Entered: 04/05/2006) |
| 04/05/2006 | 81 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Antoin Quarles Combs Sentencing set for 6/28/2006 03:00 PM in Courtroom 10 |

| | | |
|---|---|---|
| | | before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 04/05/2006) |
| 04/07/2006 | 82 | MOTION for Acquittal *and a New Trial* as to Antoin Quarles Combs. (Attachments: # 1 Exhibit S&W Records# 2 Exhibit JJ Records)(Lopez, Scott) (Entered: 04/07/2006) |
| 04/21/2006 | 83 | Opposition by USA as to Antoin Quarles Combs re 82 MOTION for Acquittal *and a New Trial* (Bower, Sandra) (Entered: 04/21/2006) |
| 05/03/2006 | 84 | MOTION for Interim Compensation as to Antoin Quarles Combs. (Lopez, Scott) (Entered: 05/03/2006) |
| 05/03/2006 | | Judge Mark L. Wolf : Electronic ORDER entered denying 82 Motion for Acquittal as to Antoin Quarles Combs (1). Essentially for the reasons stated in the government's opposition, the motion is hereby DENIED. (O'Leary, Dennis) (Entered: 05/03/2006) |
| 05/22/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 84 Motion for Interim Compensation as to Antoin Quarles Combs (1). (O'Leary, Dennis) (Entered: 05/22/2006) |
| 06/22/2006 | 85 | SENTENCING MEMORANDUM by Antoin Quarles Combs (Lopez, Scott) (Entered: 06/22/2006) |
| 06/23/2006 | | Judge Mark L. Wolf : Electronic ORDER entered finding as moot 31 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 32 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 33 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 34 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 35 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 38 Motion for Release of Brady Materials as to Antoin Quarles Combs (1); finding as moot 45 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 53 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 63 Motion for Extension of Time as to Antoin Quarles Combs (1); finding as moot 64 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 17 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 18 Motion in Limine as to Antoin Quarles Combs (1); finding as moot 23 Motion in Limine as to Antoin Quarles Combs (1) As the court made the necessary rulings on these motions at or prior to trial they are now moot. (O'Leary, Dennis) (Entered: 06/23/2006) |

| 06/28/2006 | 86 | RESPONSE TO SENTENCING MEMORANDUM by USA as to Antoin Quarles Combs (Bower, Sandra) (Entered: 06/28/2006) |
|---|---|---|
| 07/05/2006 | 87 | NOTICE OF HEARING as to Antoin Quarles Combs Sentencing set for 8/2/2006 03:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) Additional attachment(s) added on 7/5/2006 (O'Leary, Dennis). Modified on 7/5/2006 (O'Leary, Dennis). (Entered: 07/05/2006) |
| 07/05/2006 | 88 | Notice of correction to docket made by Court staff. Correction: Changed the hearing date to August 2, 2006 corrected because: Initial entry had the wrong hearing date as to Antoin Quarles Combs (O'Leary, Dennis) (Entered: 07/05/2006) |
| 08/02/2006 | 89 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 8/2/2006 for Antoin Quarles Combs (1), Count(s) 1, 240 months custody, 36 months supervised release, $100 special assessment fee.. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 08/02/2006) |
| 08/10/2006 | 90 | Letter (non-motion) from Antione Combs-Quarles regarding his wish to appeal his sentence, FILED. (Boyce, Kathy) (Entered: 08/15/2006) |
| 08/18/2006 | 91 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Antoin Quarles Combs (1), Count(s) 1, 240 months custody, 36 months supervised release, $100 special assessment fee. (O'Leary, Dennis) (Entered: 08/18/2006) |
| 08/18/2006 | 92 | NOTICE OF APPEAL by Antoin Quarles Combs Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/7/2006. (Lopez, Scott) (Entered: 08/18/2006) |
| 08/22/2006 |  | Copy of Notice of Appeal forwarded as to Antoin Quarles Combs re 92 Notice of Appeal - Final Judgment to AUSA Sandra Bower (Boyce, Kathy) (Entered: 08/22/2006) |
| 08/28/2006 |  | Notice of correction to docket made by Court staff. Correction: docket entry numbered 93 was deleted because: it was filed twice on the docket sheet as both # 92 and # 93. as to Antoin Quarles Combs (York, Steve) (Entered: 08/28/2006) |