*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USCA Docket Number: 06-2258

USDC Docket Number : 05-10237-MLW

United States of America

v.

Antoin Quarles Combs

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 95-100 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 27, 2006.

Sarah A. Thornton, Clerk of Court

By:
/s/Deborah Scalfani, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

- 3/05

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:  06-2258

USDC Docket Number :  05-10237-MLW

United States of America

v.

Antoin Quarles Combs

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 95-100  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 27, 2006.

Sarah A. Thornton, Clerk of Court

By:
/s/Deborah Scalfani,  Deputy Clerk


Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

- 3/05